```
 1  JAMES N. PENROD (State Bar No.: 43030)
    MORGAN, LEWIS & BOCKIUS LLP
 2  1 Market, Spear Tower
    San Francisco, CA 94105
 3  Telephone:   (415)-442-1000
    Facsimile:   (415)-442-1001
 4
    Attorneys for SUN MICROSYSTEMS, INC. and
 5  MORGAN, LEWIS & BOCKIUS LLP, and making a
    special appearance for JEFFREY KINGSTON, who has
 6  not yet been served

 7  DANIEL WALL (State Bar No.: 102580)
    LATHAM & WATKINS LLP
 8  505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
 9  Telephone:   (415) 395-8240
    Facsimile:   (415) 395-8095
10
    Attorneys for CLIFFORD CHANCE, ORACLE CORP.,
11  DANIEL HARRIS, and RONALD ALEPIN

12  JOSH WOLSON (Admitted pro hac vice)
    COVINGTON & BURLING
13  1 Front Street
    San Francisco, CA 94111
14  Telephone:   (415) 591-6000
    Facsimile:   (415) 591-6091
15
    Attorneys for Applicant MICROSOFT, CORP.
16
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| In re Application of Microsoft Corp. | Case No. 06-80038 JF (PVT)<br>ORDER ON<br>**JOINT STIPULATION FOR EXTENSION OF TIME TO OBJECT AND TO FILE A MOTION TO QUASH SUBPOENA DUCES TECUM**<br><br>Judge: The Hon. James Ware<br>Application Date: March 3, 2006<br>Trial Date: Not Applicable |
|---|---|

1  **WHEREAS**, on March 6, 2006, this Court issued an order granting Microsoft Corporation's ("Microsoft") application to allow discovery pursuant to 28 U.S.C. § 1782. This Court ordered that objections shall be served no more than three court days after the service of the subpoena and any motion to quash shall be served no more than five court days after service of the subpoena;

**WHEREAS**, on March 7, 2006, Microsoft served a subpoena on Morgan, Lewis & Bockius, LLP ("MLB"), which sought documents and testimony from MLB and Jeffrey Kingston, who has not yet been served with a subpoena and is not waiving service in this matter;

**WHEREAS**, on March 8, 2006, Microsoft served a subpoena on Sun Microsystems, Inc. ("Sun");

**WHEREAS**, on March 10, 2006, Microsoft, Oracle Corp. ("Oracle"), Clifford Chance, Daniel Harris, Ronald Alepin, Sun, MLB, and Jeffrey Kingston stipulated to extend the time to file objections to Microsoft's subpoenas to Oracle, Clifford Chance, Daniel Harris, Ronald Alepin, Sun, MLB, and Jeffrey Kingston until Monday, March 13, 2006 and to extend the time to file any motions to quash said subpoenas until Wednesday, March 15, 2006;

**WHEREAS**, on March 10, 2006, the parties agreed to serve Microsoft's Washington counsel with any objections and any motions to quash by electronic mail in PDF version by 4:00 p.m., Pacific Time, on the date that said objection or motion to quash is to be filed with the Court, and, if counsel for Microsoft so desires, service will also be made by facsimile and overnight courier per the terms of the March 6, 2006 court order; and

**WHEREAS**, on March 10, 2006, Microsoft, Oracle Corp. ("Oracle"), Clifford Chance, Daniel Harris, Ronald Alepin, Sun, MLB, and Jeffrey Kingston stipulated that any requirements relating to privilege logs, or other logs, will be stayed until after a ruling on the objections and any motions to quash.

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1.  MLB's objections shall be filed by Monday, March 13, 2006, and any

---

1 motion to quash the subpoenas shall be filed by Wednesday, March 15, 2006.

2. Jeffrey Kingston's objections, if he files as a precaution, shall be filed by Monday, March 13, 2006, and any motion to quash the subpoena shall be filed by Wednesday, March 15, 2006.

3. Sun's objections shall be filed by Monday, March 13, 2006, and any motion to quash the subpoena shall be filed by Wednesday, March 15, 2006.

4. Oracle's objections shall be filed by Monday, March 13, 2006, and any motion to quash the subpoena shall be filed by Wednesday, March 15, 2006.

5. Clifford Chance's objections shall be filed by Monday, March 13, 2006, and any motion to quash the subpoena shall be filed by Wednesday, March 15, 2006.

6. Daniel Harris's objections shall be filed by Monday, March 13, 2006, and any motion to quash the subpoena shall be filed by Wednesday, March 15, 2006.

7. Ronald Alepin's objections shall be filed by Monday, March 13, 2006, and any motion to quash the subpoena shall be filed by Wednesday, March 15, 2006.

8. The parties have agreed to serve Microsoft's Washington counsel with any objections and any motions to quash by electronic mail in PDF version by 4:00 p.m., Pacific Time, on the date that said objection or motion to quash is to be filed with the Court, and, if counsel for Microsoft so desires, service will also be made by facsimile and overnight courier per the terms of the March 6, 2006 court order.

9. The parties have agreed that any requirements relating to privilege logs, or other logs, will be stayed until after a ruling on the objections and any motions to quash.

10. This stipulation and the time limits set forth herein remain in full force and effect regardless of whether the Court signs and enters it as an order.

**IT IS SO AGREED.**

| | | |
|---|---|---|
| 1 | DATED: March 10, 2006 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By:_____/s/_____<br>James Penrod |
| 4 | | Attorneys for |
| 5 | | Sun Microsystems, Inc. and Morgan, Lewis & Bockius LLP; and appearing specially for Jeffrey Kingtson, who has not yet been served with a subpoena and is not waiving service in this matter |
| 6 | | |
| 7 | | |
| 8 | DATED: March 10, 2006 | LATHAM & WATKINS LLP |
| 9 | | |
| 10 | | By:_____/s/_____<br>Daniel Wall |
| 11 | | Attorneys for |
| 12 | | Clifford Chance; Oracle Corp.; Daniel Harris; and Ronald Alepin |
| 13 | DATED: March 10, 2006 | COVINGTON & BURLINS |
| 14 | | |
| 15 | | By:_____/s/_____<br>Josh Wolson |
| 16 | | |
| 17 | | Attorneys for Applicant Microsoft, Corp. |

**IT IS SO ORDERED.**

DATED: March _13_, 2006

*Patricia V. Trumbull*

MAG. JUDGE ~~JAMES WARE~~
United States District Court
in and for the Northern District of California

---

1-SF/7350267.1

3

JOINT STIPULATION FOR EXTENSION OF TIME TO OBJECT TO SUBPOENA DUCES TECUM
C 06-80038 JF (PVT)