JAMES N. PENROD (State Bar No.: 43030)
MORGAN, LEWIS & BOCKIUS LLP
1 Market, Spear Tower
San Francisco, CA 94105
Telephone:    (415)-442-1000
Facsimile:    (415)-442-1001

Attorneys for SUN MICROSYSTEMS, INC.,
MORGAN, LEWIS & BOCKIUS LLP AND MAKING
A SPECIAL APPEARANCE FOR JEFFREY
KINGSTON WHO HAS NOT BEEN SERVED AND IS
NOT WAIVING SERVICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Application of Microsoft Corp. | Case No. 06-80038 JF (PVT) <br><br> **PROOF OF SERVICE** <br><br> Date:     To Be Set <br> Time:    To Be Set <br> Before:  Magistrate Patricia V. Trumbull <br> Place:    To Be Set <br><br> Complaint Filed: N/A <br> Trial Date:         N/A |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7350958.1

PROOF OF SERVICE
Case No. 06-80038 JF (PVT)

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On March 10, 2006, I served the within documents:

**SUN MICROSYSTEMS, INC.'S OBJECTIONS TO MICROSOFT'S SUBPOENA DUCES TECUM FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

**MORGAN, LEWIS AND BOCKIUS LLP'S OBJECTIONS TO MICROSOFT'S SUBPOENA DUCES TECUM FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

**JEFFREY KINGSTON'S OBJECTIONS TO MICROSOFT'S SUBPOENA DUCES TECUM FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered on March 13, 2006, to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

| ATTORNEYS | PARTIES | METHOD OF FILING |
|---|---|---|
| **Richard Allen Jones**<br>Covington & Burling<br>One Front Street, 35th Floor<br>San Francisco, CA 94111<br>415-591-7065<br>Fax: 415-955-6565<br>Email: rjones@cov.com | Microsoft Corporation | E-FILING |

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7350958.1    2

PROOF OF SERVICE
Case No. 06-80038 JF (PVT)

| ATTORNEYS | PARTIES | METHOD OF FILING |
|---|---|---|
| **Joshua David Wolson**<br>Covington & Burling<br>1201 Penssylvania Avenue N.W.<br>Washington, DC 20004<br>202-662-6000<br>Email: jwolson@cov.com | Microsoft Corporation | E-FILING |
| **William D. Iverson**<br>Covington & Burling<br>1201 Pennsylvania Avenue, N.W.<br>Washington, DC 2004<br>202-662-6000 | Microsoft Corporation | VIA FEDERAL EXPRESS |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on March 13, 2006, San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

/s/
_____
DAWN M. BIERMAN

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7350958.1

3

PROOF OF SERVICE
Case No. 06-80038 JF (PVT)