```
 1  JAMES N. PENROD (State Bar No.: 43030)
    MORGAN, LEWIS & BOCKIUS LLP
 2  1 Market, Spear Tower
    San Francisco, CA  94105
 3  Telephone:   (415)-442-1000
    Facsimile:   (415)-442-1001
 4

 5  Attorneys for SUN MICROSYSTEMS, INC.,
    MORGAN, LEWIS & BOCKIUS LLP, AND MAKING
 6  A SPECIAL APPEARANCE FOR JEFFREY
    KINGSTON, WHO HAS NOT BEEN SERVED AND IS
 7  NOT WAIVING SERVICE
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re Application of Microsoft Corp. | Case No. 06-80038 JF (PVT) |
| | **SUN MICROSYSTEMS, INC, MORGAN, LEWIS & BOCKIUS LLP, AND JEFFREY KINGSTON'S, BY SPECIAL APPEARANCE, NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA DUCES TECUM FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS** |
| | Date:     To Be Set<br>Time      To Be Set<br>Before:   Magistrate Patricia V. Trumbull<br>Place:    Courtroom 5, Fourth Floor |
| | Complaint Filed:  N/A<br>Trial Date:       N/A |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7350901.1

NOTICE OF MOTION AND MOTION TO QUASH MICROSOFT'S SUBPOENA DUCES TECUM
Case No. 06-80038 JF (PVT)

Dockets.Justia.com

1  TO ALL PARTIES AND THEIR COUNSEL:

2  YOU ARE HEREBY NOTIFIED THAT Sun Microsystems, Inc., Morgan, Lewis & Bockius, LLP and Jeffrey Kingston, who has not yet been served, hereby move this court for an order quashing Microsoft's Subpoenas for Personal Appearance and Production of Documents and Things pursuant to 28 U.S.C. § 1782 and Rule 26 of the Federal Rules of Civil Procedure. This motion for an order quashing the subpoenas is based on this notice of motion and motion, memorandum of points and authorities, Declaration of Jeffrey S. Kingston, Declaration of James N. Penrod, Proposed Order filed herewith, the pleadings and records on file in this action, including the objections filed on March 13, 2006, and upon other such matters as this Court may or must judicially notice.

Dated: March 15, 2006

MORGAN, LEWIS & BOCKIUS LLP

By _____
James N. Penrod
Attorneys for SUN MICROSYSTEMS, INC., MORGAN, LEWIS & BOCKIUS LLP AND, BY SPECIAL APPEARANCE, FOR JEFFREY KINGSTON WHO HAS NOT BEEN SERVED

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7350901.1                    2

NOTICE OF MOTION AND MOTION TO QUASH MICROSOFT'S SUBPOENA DUCES TECUM
Case No. 06-80038 JF (PVT)