LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Christopher S. Yates (Bar No. 161273)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email ID: Dan.Wall@lw.com; Chris.Yates@lw.com

Attorneys for ORACLE CORPORATION,
CLIFFORD CHANCE LLP, DANIEL HARRIS
and RONALD ALEPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* <br><br> Application of <br><br> MICROSOFT CORPORATION, <br><br> Applicant, | Case No. 06-80038 JF (PVT) <br><br> **DECLARATION OF CHRISTOPHER S. YATES IN SUPPORT OF ORACLE CORPORATION, CLIFFORD CHANCE LLP, DANIEL HARRIS AND RONALD ALEPIN'S MOTION TO QUASH MICROSOFT CORPORATION'S SUBPOENAS** <br><br> Date: To be set <br> Time: To be set <br> Place: To be set <br> Before: Magistrate Judge Patricia V. Trumbull |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF CHRISTOPHER S. YATES
ISO MOTION TO QUASH
CASE NO: 06-80038 JF (PVT)

Dockets.Justia.com

Christopher S. Yates declares and says:

1. I am a member of the bar of the State of California, and a partner with the law firm of Latham & Watkins LLP, counsel for Oracle Corporation, Daniel Harris, Ronald Alepin, and Clifford Chance LLP in this matter. I have personal knowledge of the facts set forth below and, if called upon to do so, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of a letter dated March 13, 2006 from Mr. Philip Lowe, Director General of Competition of the European Commission to Mr. Thomas Vinje of Clifford Chance LLP.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of "Commission Decision relating to a proceeding under Article 82 of the EC Treaty, Case COMP/C-3/37.792 Microsoft," dated March 24, 2004. The entire 301 page Commission Decision is available on the website of the European Commission: http://europa.eu.int/comm/competition/antitrust/cases/decisions/37792/en.pdf

4. Attached as Exhibit 3 is a true and correct copy of a press release dated December 22, 2005 printed from the website of the European Commission entitled "Competition: Statement of Objections to Microsoft for non-compliance with March 2004 decision – frequently asked questions."

5. Attached as Exhibit 4 is a true and correct copy of a press release dated June 6, 2005 printed from the website of the European Commission entitled "Competition: Commission to market test new proposals from Microsoft on interoperability.

6. Attached as Exhibit 5 is a true and correct copy of a press release dated March 10, 2006 printed from the website of the European Commission entitled "Competition: Commission publishes information on the role of the Monitoring Trustee in the Microsoft case."

7. Attached as Exhibit 6 is a true and correct copy of a press release dated February 15, 2006 printed from the website of the European Committee For Interoperable Systems entitled "Microsoft: Last Chance to Comply With European Commission Anti-Trust Ruling."

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF CHRISTOPHER S. YATES
ISO MOTION TO QUASH
CASE NO: 06-80038 JF (PVT)

8. Attached as Exhibit 7 is a true and correct copy of a press release dated December 22, 2005 printed from the website of the European Commission entitled "Competition: Commission warns Microsoft of daily penalty for failure to comply with 2004 decision."

9. Attached as Exhibit 8 is a true and correct copy of "Supplemental Response of Microsoft Corporation to the Statement of Objections by the European Commission Dated 21 December 2005."

10. Attached as Exhibit 9 is a true and correct copy of an article dated March 3, 2006 entitled "Microsoft Accuses Brussels of Colluding with Rivals," from *The Financial Times*.

11. Attached as Exhibit 10 is a true and correct copy of Microsoft's subpoena to Oracle Corporation issued March 8, 2006. Oracle Corporation served objections to Microsoft's subpoena on March 13, 2006; attached as Exhibit 11 is a true and correct copy of Oracle Corporation's objections to Microsoft's subpoena.

12. Attached as Exhibit 12 is a true and correct copy of Microsoft's subpoena to Daniel Harris issued March 7, 2006. Daniel Harris served objections to Microsoft's subpoena on March 13, 2006; attached as Exhibit 13 is a true and correct copy of Daniel Harris' objections to Microsoft's subpoena.

13. Attached as Exhibit 14 is a true and correct copy of Microsoft's subpoena to Ronald Alepin issued March 7, 2006. Ronald Alepin served objections to Microsoft's subpoena on March 13, 2006; attached as Exhibit 15 is a true and correct copy of Ronald Alepin's objections to Microsoft's subpoena.

14. Attached as Exhibit 16 is a true and correct copy of Microsoft's subpoena to Clifford Chance LLP issued March 7, 2006. Clifford Chance LLP served objections to Microsoft's subpoena on March 13, 2006; attached as Exhibit 17 is a true and correct copy of Clifford Chance LLP's objections to Microsoft's subpoena.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF CHRISTOPHER S. YATES
ISO MOTION TO QUASH
CASE NO: 06-80038 JF (PVT)

15. Attached as Exhibit 18 is a true and correct copy of an article dated March 3, 2006 entitled "Microsoft Seeks Sun, IBM, Oracle, Novell Documents," from Bloomberg News Service.

I executed this declaration on this 15th day of March, 2006 at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/S/
_____
CHRISTOPHER S. YATES

SF\553614

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF CHRISTOPHER S. YATES
ISO MOTION TO QUASH
CASE NO: 06-80038 JF (PVT)