LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
   Christopher S. Yates (Bar No. 161273)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email ID: Dan.Wall@lw.com; Chris.Yates@lw.com

Attorneys for ORACLE CORPORATION,
CLIFFORD CHANCE LLP, DANIEL HARRIS
and RONALD ALEPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* <br><br> Application of <br><br> MICROSOFT CORPORATION, <br><br>         Applicant, | Case No. 06-80038 JF (PVT) <br><br> **[PROPOSED] ORDER GRANTING ORACLE CORPORATION, CLIFFORD CHANCE LLP, DANIEL HARRIS AND RONALD ALEPIN'S MOTION TO QUASH MICROSOFT CORPORATION'S SUBPOENAS** <br><br> Date:    To be set <br> Time:   To be set <br> Place:   To be set <br> Before: Magistrate Judge Patricia V. Trumbull |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

O
ORACLE CORPORATION'S PROPOSED ORDER
CASE NO: 06-80038 JF (PVT)

Dockets.Justia.com

1  The Court having reviewed the motion to quash Microsoft Corporation's
2  subpoenas to Oracle Corporation, Clifford Chance LLP, Daniel Harris and Ronald Alepin
3  pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1782, the
4  opposition to the motion filed by Microsoft Corporation, and all other matters presented to the
5  Court, IT IS HEREBY ORDERED THAT:
6  The motion is GRANTED.  Microsoft Corporation's subpoenas to Oracle
7  Corporation, Clifford Chance LLP, Daniel Harris and Ronald Alepin are hereby quashed.  No
8  documents or deposition testimony need be provided in response to the subpoenas.
9  **IT IS SO ORDERED.**

11  Dated: _____    _____
12                                        HON. PATRICIA V. TRUMBULL
                                          UNITED STATES MAGISTRATE JUDGE

15  Submitted by,

16  LATHAM & WATKINS LLP
        Daniel M. Wall
17      Christopher S. Yates

19
20  By _____/S/_____
        Christopher S. Yates
21      Attorneys for ORACLE CORPORATION,
        ORACLE CORPORATION, CLIFFORD
22      CHANCE LLP, DANIEL HARRIS and
        RONALD ALEPIN

24  SF\553550

1