JAMES N. PENROD (State Bar No.: 43030)
MORGAN, LEWIS & BOCKIUS LLP
1 Market, Spear Tower
San Francisco, CA 94105
Telephone:  (415)-442-1000
Facsimile:  (415)-442-1001

Attorneys for SUN MICROSYSTEMS, INC.,
MORGAN, LEWIS & BOCKIUS LLP, AND MAKING
A SPECIAL APPEARANCE FOR JEFFREY
KINGSTON, WHO HAS NOT BEEN SERVED AND IS
NOT WAIVING SERVICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re Application of Microsoft Corp.

Case No. 06-80038 JF (PVT)

**DECLARATION OF JAMES N. PENROD IN SUPPORT OF MOTION TO QUASH APPLICANT'S SUBPOENA DUCES TECUM FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

Date:     To Be Set
Time:     To Be Set
Before:   Magistrate Patricia V. Trumbull
Place:    To Be Set

Complaint Filed:  N/A
Trial Date:       N/A

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7350924.1

DECLARATION OF JAMES N. PENROD IN SUPPORT OF SUN'S MOTION TO QUASH APPLICANT'S SUBPOENA DUCES TECUM FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS
Case No. 06-80038 JF (PVT)

I, James N. Penrod, declare as follows:

1. I am an attorney licensed to practice law in California and New York and am admitted before this Court. I am a partner with Morgan, Lewis & Bockius LLP ("Morgan Lewis").

2. Attached as Exhibit A to this Declaration is a true and correct copy of a Letter and Annex to Letter from the European Commission dated March 10, 2006 addressing issues related to this Application for discovery.

3. Attached as Exhibit B to this Declaration is a true and correct copy of the Supreme Court's decision in *Intel Corp. v. Advanced Micro Devices*.

4. Attached as Exhibit C to this Declaration is a true and correct copy of the Subpoena and Order served on Morgan Lewis on March 7, 2006.

5. Attached as Exhibit D to this Declaration is a true and correct copy of the Subpoena and Order served on Sun Microsystems, Inc. ("Sun") on March 8, 2006.

6. Attached as Exhibit E to this Declaration is a true and correct copy of the Order Denying in Full AMD's Amended Application Pursuant to 28 USC Section 1782(a) on remand of the *Intel* case to the lower Court.

7. Attached as Exhibit F to this Declaration is a true and correct copy of a press release posted on the website of the European Commission: (http://europa.eu.int/rapid/pressReleasesAction.do?reference=IP/06/298&format=HTML&aged=0&language=EN&guiLanguage=en).

8. Attached as Exhibit G to this Declaration is a true and correct copy of Judge Richard Conway Casey's Order denying Petitioner's application for judicial assistance under 28 U.S.C. Section 1782 in *Application of Dieter Winkler*, U. S. District Court of the Southern District of New York.

9. I am making a special appearance for Jeffrey S. Kingston for purposes of objecting to the Subpoena and the Motion to Quash. Mr. Kingston has not been served and is not waiving the requirement of personal service.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7350924.1                    2

DECLARATION OF JAMES N. PENROD IN SUPPORT OF SUN'S MOTION TO QUASH APPLICANT'S SUBPOENA DUCES TECUM FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS

10. I discussed the dates of service with Microsoft's Washington D.C. counsel and counsel for Oracle, Clifford Chance and Ronald Alepin and we jointly stipulated that all subpoenaed parties would have until Monday, March 13, 2006 to file objections to the Subpoena and until Wednesday, March 15, 2006 to file a Motion to Quash the Subpoena. We also agreed to electronically serve in PDF format the Objections and Motion to Quash by 4:00 PM Pacific Time on both of those days. Subsequently, counsel for Microsoft, via email, have waived the requirement of this Court's order that we serve these pleadings by fax and overnight courier.

I declare under penalty of perjury under the laws of the State of California, that foregoing is true and correct, and if called as a witness, I could competently testify thereto. This declaration was executed on March 14, 2006 in San Francisco, California.

_____
James N. Penrod

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7350924.1                                3

DECLARATION OF JAMES N. PENROD IN SUPPORT OF SUN'S MOTION TO QUASH APPLICANT'S SUBPOENA DUCES TECUM FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS