JAMES N. PENROD (State Bar No.: 43030)
MORGAN, LEWIS & BOCKIUS LLP
1 Market, Spear Tower
San Francisco, CA 94105
Telephone:   (415)-442-1000
Facsimile:   (415)-442-1001

Attorneys for SUN MICROSYSTEMS, INC.,
MORGAN, LEWIS & BOCKIUS LLP, AND MAKING
A SPECIAL APPEARANCE FOR JEFFREY
KINGSTON, WHO HAS NOT BEEN SERVED AND IS
NOT WAIVING SERVICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re Application of Microsoft Corp.

Case No. 06-80038 JF (PVT)

**[PROPOSED] ORDER GRANTING SUN MICROSYSTEMS, INC, MORGAN, LEWIS & BOCKIUS LLP, AND JEFFREY KINGSTON'S, BY SPECIAL APPEARANCE, MOTION TO QUASH SUBPOENA DUCES TECUM FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

Date:       To Be Set
Time:       To Be Set
Before:     Magistrate Patricia V. Trumbull
Place:      Courtroom 5, Fourth Floor

Complaint Filed:   N/A
Trial Date:        N/A

1-SF/7350908.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING MOTION TO QUASH MICROSOFT'S SUBPOENA DUCES TECUM
Case No. 06-80038 JF (PVT)

Dockets.Justia.com

The Court having considered the papers submitted in support of and in opposition to the Motion, as well as admissible evidence offered in connection therewith, finds as follows:

GOOD CAUSE HAVING BEEN SHOWN THEREFOR, it is hereby ordered that:

1. Applicant Microsoft Corporation's ("Microsoft") Motion to Quash the Subpoenas for Personal Appearance and Production of Documents and Things served on Morgan, Lewis & Bockius LLP ("MLB") and Sun Microsystems, Inc. ("Sun"), and directed to Jeffrey Kingston, who was not served, is hereby GRANTED.

2. The Order Granting *Ex Parte* Application for Order Allowing Discovery Pursuant to 28 U.S.C. Section 1782 and Setting Deadlines for Objections and Motions to Quash ("the Order") that was signed by Magistrate Patricia Trumbull on March 6, 2006 is hereby VACATED.

3. Microsoft's March 3, 2006 Application for Order Allowing Discovery Pursuant to 28 U.S.C. Section 1782 is hereby DENIED.

Dated: March ___, 2006

By _____
PATRICIA V. TRUMBULL
United States Magistrate Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7350908.1                                    1

[PROPOSED] ORDER GRANTING MOTION TO QUASH MICROSOFT'S SUBPOENA DUCES TECUM
Case No. 06-80038 JF (PVT)