1    JAMES N. PENROD (State Bar No.: 43030)
     MORGAN, LEWIS & BOCKIUS LLP
2    1 Market, Spear Tower
     San Francisco, CA  94105
3    Telephone:    (415)-442-1000
     Facsimile:    (415)-442-1001
4

5    Attorneys for SUN MICROSYSTEMS, INC.,
     MORGAN, LEWIS & BOCKIUS LLP AND MAKING
6    A SPECIAL APPEARANCE FOR JEFFREY
     KINGSTON WHO HAS NOT BEEN SERVED AND IS
7    NOT WAIVING SERVICE

8

9                      UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13   In re Application of Microsoft Corp.

                                              Case No. 06-80038 JF (PVT)
14

15                                            **PROOF OF SERVICE**

16                                            Date:    To Be Set
                                              Time:    To Be Set
17                                            Before:  Magistrate Patricia V. Trumbull
                                              Place:   To Be Set
18
                                              Complaint Filed: N/A
19                                            Trial Date:       N/A

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
   BOCKIUS LLP          1-SF/7351800.1
ATTORNEYS AT LAW
  SAN FRANCISCO
                                      PROOF OF SERVICE
                                    Case No. 06-80038 JF (PVT)

Dockets.Justia.com

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On March 15, 2006, I served the within documents:

**SUN MICROSYSTEMS, INC, MORGAN, LEWIS & BOCKIUS LLP, AND JEFFREY KINGSTON'S, BY SPECIAL APPEARANCE, NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA DUCES TECUM FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

**[PROPOSED] ORDER GRANTING SUN MICROSYSTEMS, INC, MORGAN, LEWIS & BOCKIUS LLP, AND JEFFREY KINGSTON'S, BY SPECIAL APPEARANCE, MOTION TO QUASH SUBPOENA DUCES TECUM FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

**DECLARATION OF JEFFREY S. KINGSTON IN SUPPORT OF MOTION TO QUASH APPLICANT'S SUBPOENA DUCES TECUM FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

**DECLARATION OF JAMES N. PENROD IN SUPPORT OF MOTION TO QUASH APPLICANT'S SUBPOENA DUCES TECUM FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒    by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered on March 15, 2006, to a Federal Express agent for delivery.

☐    by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐    by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

| ATTORNEYS | PARTIES | METHOD OF FILING |
|---|---|---|
| **Richard Allen Jones** <br> Covington & Burling <br> One Front Street , 35th Floor <br> San Francisco, CA 94111 <br> 415-591-7065 <br> Fax: 415-955-6565 <br> Email: rjones@cov.com | **Microsoft Corporation** | E-FILING |

1-SF/7351800.1

2

| | | |
|---|---|---|
| **Joshua David Wolson**<br>Covington & Burling<br>1201 Penssylvania Avenue N.W.<br>Washington, DC 20004<br>202-662-6000<br>Email: jwolson@cov.com | **Microsoft Corporation** | **E-FILING** |
| **William D. Iverson**<br>Covington & Burling<br>1201 Pennsylvania Avenue, N.W.<br>Washington, DC 2004<br>202-662-6000 | **Microsoft Corporation** | **VIA FEDERAL EXPRESS** |

      I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

      Executed on March 15, 2006, San Francisco, California.

      I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

/S/
_____
DAWN M. BIERMAN

PROOF OF SERVICE
Case No. 06-80038 JF (PVT)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO