| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| RICHARD JONES, Bar #135248<br>COVINGTON & BURLING<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-591-6000    FAX No: 415-591-6091 | Ref. No. or File No.:<br>22255.01559 | |
| Attorney for: Applicant, Microsoft Corporation | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | |
| Applicant: In re Application of Microsoft Corp. | | |

| PROOF OF SERVICE<br>CIVIL SUBPOENA | Hearing Date:<br>Thu, Mar. 23, 2006 | Time:<br>9:30AM | Dept/Div: | Case Number:<br>C 06-80038 JF (PVT) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA IN A CIVIL CASE; SCHEDULE A; ORDER GRANTING EX PARTE APPLICATION FOR ORDER ALLOWING DISCOVERY PURSUANT TO 28 U.S.C. § 1782; AND SETTING DEADLINES FOR OBJECTIONS AND MOTION TO QUASH; LETTER TO DEPONENT

3. a. Party served:           ORACLE CORPORATION
   b. Person served:         BECKY DEGEORGE AT CORPORATION SERVICES COMPANY, REGISTERED AGENT

4. Address where the party was served:   2930 GATEWAY OAKS DRIVE
                                          SUITE 100
                                          SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Mar. 08, 2006 (2) at: 10:00AM
   b. I received this subpena for service on:   Thursday, March 09, 2006

6. Witness fees were offered or demanded, and paid:   $63.00

7. Person Who Served Papers:                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL MORRIS                              d. **The Fee** for Service was:
   b. **FIRST LEGAL SUPPORT SERVICES**            e. I am: (3) registered California process server
      1814 "I" STREET                                     (i) Owner
      SACRAMENTO, CA 95814                                (ii) Registration No.:   04-009
   c. 916-444-5111                                        (iii) County:             Placer

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Thu, Mar. 09, 2006

   Judicial Council form POS-010            PROOF OF SERVICE            (MICHAEL MORRIS)
   Rule 982.9.(a)&(b) Rev July 1, 2004      CIVIL SUBPOENA              6274583   .ricjo.3540