| | |
|---|---|
| *Attorney or Party without Attorney:* <br> RICHARD JONES, Bar #135248 <br> COVINGTON & BURLING <br> 425 MARKET STREET <br> SAN FRANCISCO, CA 94105 <br> *Telephone No:* 415-591-6000   *FAX No:* 415-591-6091 <br> *Attorney for:* Applicant, Microsoft Corporation <br> *Ref. No. or File No.:* 22255.01559 | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Applicant:* In re Application of Microsoft Corp.

| PROOF OF SERVICE CIVIL SUBPOENA | *Hearing Date:* Fri, Mar. 24, 2006 | *Time:* 9:30AM | *Dept/Div:* | *Case Number:* C 06-80038 JF (PVT) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA IN A CIVIL CASE; SCHEDULE A; ORDER GRANTING EX PARTE APPLICATION FOR ORDER ALLOWING DISCOVERY PURSUANT TO 28 U.S.C. § 1782; AND SETTING DEADLINES FOR OBJECTIONS AND MOTION TO QUASH; LETTER TO DEPONENT

3. a. Party served:    CLIFFORD CHANCE LLP
   b. Person served:   DANIEL HARRIS, AUTHORIZED TO ACCEPT

4. Address where the party was served:   990 MARSH ROAD
                                         Menlo Park, CA 94025

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Mar. 07, 2006 (2) at: 4:20PM
   b. I received this subpena for service on:   Tuesday, March 07, 2006

6. Witness fees were offered or demanded, and paid:   $69.00

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALOIZIO COSTA
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:   2002-0000774
      (iii) County:            San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, Mar. 08, 2006

   *(signature)* (ALOIZIO COSTA)   6274574   .ricjo.3275

   Judicial Council form POS-010
   Rule 982.9.(a)&(b) Rev July 1, 2004          PROOF OF SERVICE CIVIL SUBPOENA