| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| RICHARD JONES, Bar #135248<br>COVINGTON & BURLING<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-591-6000    FAX No: 415-591-6091 | | |
| Attorney for: Applicant, Microsoft Corporation | Ref. No. or File No.:<br>22255.01559 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | |
| Applicant: In re Application of Microsoft Corp. | | |

| PROOF OF SERVICE<br>CIVIL SUBPOENA | Hearing Date:<br>Fri, Mar. 24, 2006 | Time:<br>9:30AM | Dept/Div: | Case Number:<br>C 06-80038 JF (PVT) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA IN A CIVIL CASE; SCHEDULE A; ORDER GRANTING EX PARTE APPLICATION FOR ORDER ALLOWING DISCOVERY PURSUANT TO 28 U.S.C. § 1782; AND SETTING DEADLINES FOR OBJECTIONS AND MOTION TO QUASH; LETTER TO DEPONENT

3. a. Party served:         DANIEL HARRIS
   b. Person served:        party in item 3.a.

4. Address where the party was served:   990 MARSH ROAD
                                         Menlo Park, CA 94025

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Mar. 07, 2006 (2) at: 4:20PM
   b. I received this subpena for service on:   Tuesday, March 07, 2006

6. Witness fees were offered or demanded, and paid:   $69.00

7. **Person Who Served Papers:**                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALOIZIO COSTA                                 d. *The Fee for Service was:*
   b. **FIRST LEGAL SUPPORT SERVICES**              e. I am: (3) registered California process server
      1138 HOWARD STREET                                (i) Owner
      SAN FRANCISCO, CA 94103                           (ii) Registration No.:    2002-0000774
   c. 415-626-3111                                      (iii) County:             San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, Mar. 08, 2006

   _____
   (ALOIZIO COSTA)  6274577  .ricjo.3279

   Judicial Council form POS-010            PROOF OF SERVICE
   Rule 982.9.(a)&(b) Rev July 1, 2004      CIVIL SUBPOENA