| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| RICHARD JONES, Bar #135248<br>COVINGTON & BURLING<br>425 MARKET STREET<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-591-6000   FAX No: 415-591-6091 | |
| Attorney for: Applicant, Microsoft Corporation | Ref. No. or File No.: 22255.01559 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Applicant: In re Application of Microsoft Corp.

| PROOF OF SERVICE CIVIL SUBPOENA | Hearing Date: Thu, Mar. 23, 2006 | Time: 9:30AM | Dept/Div: | Case Number: C 06-80038 JF (PVT) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA IN A CIVIL CASE; SCHEDULE A; ORDER GRANTING EX PARTE APPLICATION FOR ORDER ALLOWING DISCOVERY PURSUANT TO 28 U.S.C. § 1782; AND SETTING DEADLINES FOR OBJECTIONS AND MOTION TO QUASH; LETTER TO DEPONENT

3. a. Party served:         MORGAN LEWIS & BOCKIUS LLP
   b. Person served:        MATT SHEAR, AUTHORIZED TO ACCEPT

4. Address where the party was served:   ONE MARKET, SPEAR STREET TOWER
                                          SAN FRANCISCO, CA 94105

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Mar. 07, 2006 (2) at: 2:40PM
   b. I received this subpena for service on:   Tuesday, March 07, 2006

6. Witness fees were offered or demanded, and paid:    $40.00

7. Person Who Served Papers:                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. SHAWN YACKLE                                      d. The Fee for Service was:
   b. FIRST LEGAL SUPPORT SERVICES                      e. I am: (3) registered California process server
      1138 HOWARD ST                                        (i) Owner
      SAN FRANCISCO, CA 94103                               (ii) Registration No.:   2004-0000900
   c. 415-626-3111                                          (iii) County:            San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Mar. 08, 2006

(SHAWN YACKLE)   6274579  .ricjo.3271

Judicial Council form POS-010
Rule 982.9.(a)&(b) Rev July 1, 2004

PROOF OF SERVICE
CIVIL SUBPOENA

Dockets.Justia.com