| Sun Report (Sept. 20, 2005)<br>(Exhibit A to Wolson Declaration) | Second OTR Report (Sept. 28, 2005)<br>(Exhibit B to Wolson Declaration) |
|---|---|
| **General Matter item 2:** "It is a matter of general protocol documentation practice that a detailed description of the protocol and its theory of operation is provided. As well, a description of the behaviors of the protocol under all of the conditions of operation as well as all of its inter-dependencies is furnished. Microsoft did not follow industry practice in that it omitted this critical information. It is extremely difficult and in many cases practically impossible to understand detailed documentation of a specification without this explanatory material." | **Section 1.1:** "An appropriate introduction to the topic should include a detailed description of the protocol and its behaviours under all the conditions of operations (this is the common industry practice for a protocol specification). It is difficult to understand a protocol specification without such material." |
| **General Matter introduction:** "The documentation consisted of a large collection of protocol disclosures, which in themselves were individually incomplete, and lacked sufficient overall description tying or associating the operation and interrelationship of groups of protocols together for the provision of particular features or functions of workgroup servers as required by the Decision." | **Section 1.1:** "The WSPP Technical Documentation consists only of a large collection of protocol disclosures without sufficient overall description and explanation of the interrelationships between the individual disclosures." |
| **General Matter item 1:** "Microsoft has disclosed certain information concerning protocols which are used at a connection between operating systems, but has generally excluded information concerning behaviors and dependencies which lie behind the connection or which determine what information goes out over a connection, when, why, and with what impact upon other elements of the system. Such behaviors and dependencies must be disclosed in order for interoperability to be achieved. Implementation is effectively prevented by these omissions." | **Section 1.1:** "In addition, implementation is prevented by the absence of any information concerning dependencies, in particular essential descriptions like, where, why, and with what impact upon other elements of the system information goes out "over the wire" are missing from the documentation. Only certain information concerning protocols used at a connection between instances of operating systems have been disclosed." |

- 1 -

| Second OTR Report (Sept. 28, 2005) (Exhibit B to Wolson Declaration) | Sun Report (Sept. 20, 2005) (Exhibit A to Wolson Declaration) |
|---|---|
| **Section 1.1:** "For example, the Directory Services (DRSUPAI) protocol uses a set of RPC based operations that run over and can be utilized over SMB, Windows Sockets, HTTP, Microsoft Message Queue (MSMQ) and SPX. However, with the exception of SMB, the documentation did not state how DRSUAPI uses these transports. The DRSUAPI only describes its IDL/RPC interface with one or two line description of each function, and the structure definitions of the parameters passed to and received from each function. But the WSPP Technical Documentation does not describe either the kind of service that would use the various functions or the sequence in which the functions should be called." | **Specific Protocol item 1b:** "The Directory Service (DRSUAPI) protocol uses a set of RPC based operations (24 RPC op numbers were disclosed) that run over and can be utilized over any of the following transports:<br>1.   SMB<br>2.   Windows Sockets<br>3.   HTTP<br>4.   Microsoft Message Queue (MSMQ)<br>5.   SPX<br>With the exception of SMB, the documentation did not set forth how DRSUAPI uses these transports. Further none of the transports other than SMB were themselves documented. The DRSUAPI documentation described its IDL/RPC interface. It included a one or two line description of each function, and structure definitions of the parameters passed to and received from each function. Each structure definition listed the type of each of its fields, as well as a line of text that described its meaning. The documentation does not describe either the kind of service that would use the various functions or the sequence in which the functions should be called." |
| **Section 1.5:** "Examples of missing items concern Microsoft extension of certain standards, description of certificate structures, or description of protocols in the public domain but further extended by Microsoft." | **Specific Protocol item 3:** "Passport. The certificate structure is not described." |

| Second OTR Report (Sept. 28, 2005) (Exhibit B to Wolson Declaration) | Sun Report (Sept. 20, 2005) (Exhibit A to Wolson Declaration) |
|---|---|
| **Section 1.5:** "For example, the degree of Microsoft's modifications to the IETF RFCs on IPSEC is not fully documented. Almost no information directly stated what had been changed or why it had been changed has been provided." | **Specific Protocol item 4:** "Internet Protocol Security Protocol ("IPSEC")…. There were several indications within the documentation that items were for "Internal Use Only" but no information provided concerning the meaning and implications of the statement. Microsoft uses extensions to IETF RFCs; the extensions are not fully described. In addition to not describing fully the changes which Microsoft has made to IPSEC, the documentation omitted to set forth what the changes are for, how they are used and under what conditions they are used. Further, the new parameters are not defined." |
| **Section 1.5:** " A revision history of the protocols was not provided by Microsoft. Nor does Microsoft provide information about the correlation of protocol revisions with operating system revisions." | **General Matter item 5:** "The protocols commonly lacked a complete revision history and commonly lacked detailed information concerning changes between revisions. As well, the materials often lacked information mapping particular protocol revisions, features and elements to particular versions of Microsoft operating systems." |
| **Section 2.1:** "No information was provided concerning disclosures made by Microsoft outside the WSPP Technical Documentation: frequently no reference to such documentations was made and in certain cases, it was not even mentioned that such documentation exists." | **General Matter item 3:** "It was common for the protocol documentation to assume knowledge and information located in other Microsoft disclosures made outside of WSPP. This other Microsoft disclosed information was not, however, explicitly set forth in WSPP or referred to in the documentation." |
| **Section 2.1:** "Information concerning non-Microsoft documentation: the WSPP Technical Documentation often refers to these sources, but provides no further indication on them or on how to access to them." | **General Matter item 4:** "The documentation in many cases contained express references to non-Microsoft outside sources but did not include those sources within the materials." |

| Second OTR Report (Sept. 28, 2005) (Exhibit B to Wolson Declaration) | Sun Report (Sept. 20, 2005) (Exhibit A to Wolson Declaration) |
|---|---|
| **Section 2.1:** "As an example, an implementer needs access to documentation of the many extensions Microsoft may have made to standard protocols, especially <u>MS LDAP</u> and <u>SMTP</u> . . . ." | **Specific Protocol item 14:** "Also missing were items not listed in the WSPP documentation, which Sun considers to be necessary for inclusion in work group servers. These include . . . <u>MS LDAP</u>, . . . <u>Extensions to SMTP</u> . . . ." |