UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED MAR 27 2006

In re Microsoft Corp.

Plaintiff(s),

v.

CASE NO. 06-80038 Misc. JF

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Defendant(s).

E. Edward Bruce, an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is Covington & Burling, 1201 Pennsylvania Avenue, N.W., Washington, D.C., 20004, (202) 662-6000

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Microsoft Corp.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/27/06

Patricia V. Trumbull
United States Judge

RECEIV
MAR 20 2006
RICHARD
CLERK, U.S. D...
NORTHERN DISTR...