UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 3/27/06

COURT REPORTER: P. Torreano          Clerk: Corinne Lew

Case No: C 06-80038 MISC JF          Case Title: In Re: Microsoft Corp.

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Joshua David Wolson<br>E. Edward Bruce<br>Richard Allen Jones | Christopher Yates (Oracle)<br>Daniel Wall (Oracle)<br>James N. Penrod (Sun Microsystems) |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status      [ ] Discovery

                        [ ] Settlement   [ ] Final

                        [ ] Other

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. Motion to Quash Subpoenas. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted              [X] Submitted              [ ] Settled

[ ] Denied               [ ] Briefs to be filed     [ ] Not Settled

[ ] Granted in part, denied in part                 [ ] Off Calendar

Briefing Schedule:   Opening                    Answer
                     Reply

[ ] Continued to                   for

## ORDER TO BE PREPARED BY

[ ] Plaintiff     [ ] Defendant     [X] Court     [ ] Court w/opinion

Dockets.Justia.com