| | |
|---|---|
| 1 | Richard A. Jones (SBN: 135248) |
| | COVINGTON & BURLING |
| 2 | One Front Street |
| | San Francisco, CA 94111 |
| 3 | TEL: (415) 591-6000 |
| | FAX: (415) 591-6091 |
| 4 | E-MAIL: rjones@cov.com |
| 5 | E. Edward Bruce (*pro hac vice*) |
| | William D. Iverson (*pro hac vice*) |
| 6 | Joshua D. Wolson (*pro hac vice*) |
| | COVINGTON & BURLING |
| 7 | 1201 Pennsylvania Avenue N.W. |
| | Washington, D.C. 20004 |
| 8 | TEL: (202) 662-6000 |
| | FAX: (202) 662-6291 |
| 9 | E-MAIL: ebruce@cov.com |
| | wiverson@cov.com |
| 10 | jwolson@cov.com |
| 11 | Attorneys for Applicant Microsoft Corp. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* | Case No. 06-80038 JF (PVT) |
| Application Of | **MICROSOFT CORPORATION'S NOTICE OF SUPPLEMENTAL AUTHORITY** |
| MICROSOFT CORPORATION, | |
| Applicant. | Date: March 27, 2006 |
| | Time: 9:00 a.m. |
| | Judge: Magistrate Patricia V. Trumbull |

Case No. 06-80038 JF (PVT)

Dockets.Justia.com

1 Applicant Microsoft Corporation respectfully submits this Notice of
2 Supplemental Authority. After a hearing yesterday in the United States District Court for the
3 District of Massachusetts on Novell, Inc.'s motion to quash Microsoft's subpoena issued
4 pursuant to Microsoft's § 1782 Application, Judge Wolf made certain findings and issued a
5 provisional ruling. Many of the issues on which Judge Wolf ruled also arise in connection with
6 the motions to quash filed by Oracle and Sun in this proceeding. Although the transcript of the
7 full hearing is not yet available, Microsoft has received the transcript of Judge Wolf's findings,
8 and it is attached hereto for the Court's consideration.

Respectfully submitted,

_____/s/_____

Dated: March 29, 2006

Richard A. Jones
COVINGTON & BURLING
One Front Street
San Francisco, CA 94111
Tel. No.: (415) 591-6000
Fax No.: (415) 591-6091
E-mail: rjones@cov.com

E. Edward Bruce
William D. Iverson
Joshua D. Wolson
COVINGTON & BURLING
1201 Pennsylvania Ave. NW
Washington, DC 20004-2401
Tel. No.: (202) 662-6000
Fax No.: (202) 778-5324
E-mail: ebruce@cov.com
    wiverson@cov.com
    jwolson@cov.com

*Attorneys for Applicant Microsoft Corp.*

MICROSOFT CORPORATION'S NOTICE OF
SUPPLEMENTAL AUTHORITY
Case No. 06-80038 JF (PVT)