United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* ) | Case No.: C 06-80038 JF (PVT) |
| Application of ) | **ORDER RE MICROSOFT'S PURPORTED** |
| MICROSOFT CORPORATION, ) | **NOTICE OF SUPPLEMENTAL AUTHORITY"** |
| Applicant. ) | |
| _____ ) | |

On March 29, 2006, Microsoft filed a document entitled "Notice of Supplemental Authority." Having reviewed the document, the court finds it appropriate to issue this order.

IT IS HEREBY ORDERED that the court will disregard the purported "Notice of Supplemental Authority." The document violates this court's Civil L.R. 7-3(d) both because it was submitted after the hearing without leave of court, and because the purported "authority" is a tentative ruling, not a "judicial opinion."

Dated: *3/29/06*

*/s/ Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*