1  Richard A. Jones (SBN: 135248)
   COVINGTON & BURLING
2  One Front Street
   San Francisco, CA 94111
3  TEL: (415) 591-6000
   FAX: (415) 591-6091
4  E-MAIL: rjones@cov.com

5  E. Edward Bruce (*pro hac vice*)
   William D. Iverson (*pro hac vice*)
6  Joshua D. Wolson (*pro hac vice*)
   COVINGTON & BURLING
7  1201 Pennsylvania Avenue N.W.
   Washington, D.C. 20004
8  TEL: (202) 662-6000
   FAX: (202) 662-6291
9  E-MAIL: ebruce@cov.com
            wiverson@cov.com
10           jwolson@cov.com

11 Attorneys for Applicant Microsoft Corp.

13            UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

| | |
|---|---|
| *In re* | Case No. 06-80038 JF (PVT) |
| Application Of | **SUPPLEMENTAL DECLARATION OF JOSHUA D. WOLSON IN SUPPORT OF APPLICANT'S OBJECTION TO MAGISTRATE'S RULING** |
| MICROSOFT CORPORATION, | |
| Applicant. | Date: TBD<br>Time: TBD<br>Place: Courtroom Three, Fifth Floor |
| | Hon. Jeremy D. Fogel |

Case No. 06-80038 JF (PVT)

1  Joshua D. Wolson declares as follows:

2  1. I am an attorney for the law firm of Covington & Burling, counsel for
3  Microsoft Corp. in the above-captioned action. I make this declaration based on personal
4  knowledge and facts acquired in the course of my duties.

5  2. On March 28, 2006, the Hon. Mark L. Wolf of the U.S. District Court for
6  the District of Massachusetts held a hearing on Novell's motion to quash a subpoena issued to it
7  by Microsoft pursuant to an application under 28 U.S.C. § 1782 that is substantially similar to
8  the application in this proceeding. Attached at Exhibit A is a copy of the "Excerpt Transcript"
9  of that hearing, which includes the Massachusetts District Court's findings and analysis.

10  3. Attached at Exhibit B is a copy of a letter dated March 24, 2006, sent to
11  Microsoft by the hearing officer of the European Commission ("Commission") who decides
12  procedural matters in connection with the Commission's proceeding against Microsoft. In the
13  letter, the hearing officer determined that Microsoft would be "provided with non-confidential
14  versions" of documents provided by third parties such as Sun and Oracle to the Monitoring
15  Trustee. A copy of this letter was provided to the Magistrate during the hearing held before her
16  on March 27, 2006.

17  4. Attached at Exhibit C is a copy of a letter dated March 28, 2006, which
18  was sent to Microsoft from the Commission, providing Microsoft with "documents exchanged
19  between IBM, Oracle and Sun and the Trustee …." Attached to that letter was a list of
20  documents that the Commission withheld from its production, which reveals that the
21  Commission did not withhold as confidential any documents evidencing communications with
22  Oracle or Sun. Because Microsoft did not receive these documents in Europe until after the
23  hearing before the Magistrate, Microsoft did not have an opportunity to place these documents
24  in the record before the Magistrate. Among the documents provided are the following:

25  a. Attached at Exhibit D is a copy of an e-mail provided to Microsoft
26  by the Commission reflecting the scheduling details of a conference call between Sun
27  Microsystems, Inc., its counsel, and the Monitoring Trustee appointed by the Commission to

28

monitor Microsoft's compliance with the Commission's decisions finding Microsoft to be in violation of European competition law.

   b.  Attached at Exhibit E is a copy of an e-mail confirming that the Monitoring Trustee would visit Sun's facilities in Burlington, Massachusetts in December 2005.

   c.  Attached at Exhibit F is a copy of an e-mail between the Monitoring Trustee and counsel for Oracle seeking to arrange a meeting between the Monitoring Trustee and "Ronald" – presumably Ronald Alepin, an advisor who had been retained by Oracle.

   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Dated April 3, 2006.

                  _____
                   Joshua D. Wolson

SUPPLEMENTAL DECLARATION OF JOSHUA D.
WOLSON IN SUPPORT OF APPLICANT'S
OBJECTION TO MAGISTRATE'S RULING
Case No. 06-80038 JF (PVT)

 2