Microsoft Corporation v. Morrison & Foerster et al                                                          Doc. 41 Att.

**VERZELEN Florence (COMP)**

| | |
|---|---|
| From: | jkingston@morganlewis.com |
| Sent: | vendredi 25 novembre 2005 17:16 |
| To: | Thomas.KRAMLER@cec.eu.int |
| Cc: | Florence.VERZELEN@cec.eu.int; neil.barrett@btinternet.com |
| Subject: | RE: phone conference |

Hi Thomas: I am on the phone with Neil and have Mark on a VOIP connection.
We cannot branch you in. What should we do?

Jeff

Jeffrey S. Kingston
Morgan, Lewis & Bockius LLP
One Market Plaza-Spear St. Tower
San Francisco, CA. 94105

(office) 415-442-1322
(cell)   415-272-1400


            Thomas.KRAMLER@ce
            c.eu.int                                                                        To
                                          jkingston@morganlewis.com
            11/25/2005 03:22                                                                cc
            AM                            neil.barrett@btinternet.com,
                                          Florence.VERZELEN@cec.eu.int
                                                                                       Subject
                                          RE: phone conference




Jeff,

Thanks for the confirmation the numbers are the following:
Thomas Kramler: +32 2 298 6716
Neil Barrett: +44 7712 865774.

Regards

Thomas

-----Original Message-----
From: jkingston@morganlewis.com [mailto:jkingston@morganlewis.com]
Sent: Thursday, November 24, 2005 9:16 PM
To: KRAMLER Thomas (COMP)
Cc: VERZELEN Florence (COMP); mark.terranova@sun.com
Subject: Re: phone conference
Importance: High

1

Dear Thomas:

Yes, I can confirm our phone call tomorrow at 5 pm Brussels time.

Can you kindly let us know the dial in number for the call.

Best,

Jeff

Jeffrey S. Kingston
Morgan, Lewis & Bockius LLP
One Market Plaza-Spear St. Tower
San Francisco, CA. 94105

(office) 415-442-1322
(cell)   415-272-1400

| | | |
|---|---|---|
| Thomas.KRAMLER@cec.eu.int | | |
| 11/24/2005 11:10 AM | jkingston@morganlewis.com | To |
| | Florence.VERZELEN@cec.eu.int | cc |
| | phone conference | Subject |

Jeff,

Could you please confirm the phone conference scheduled for tomorrow 25 Nov at 5 pm Brussels time with Prof Barrett to us and Neil Barrett (neil.barrett@btinternet.com).

Thanks

Thomas

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.


DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged

2

and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.