Microsoft Corporation v. Ronald Alepin Morrison & Foerster et al                                    Doc. 41 Att.

VERZELEN Florence (COMP)

| | |
|---|---|
| **From:** | jkingston@morganlewis.com |
| **Sent:** | vendredi 25 novembre 2005 23:14 |
| **To:** | Thomas.KRAMLER@cec.eu.int |
| **Cc:** | Florence.VERZELEN@cec.eu.int; neil.barrett@btinternet.com |
| **Subject:** | RE: phone conference |

Dear Professor Barrett:

We have agreed to move the meeting at Sun's Burlington lab to Dec. 7.  Sun located at 1 Network Drive, Burlington, Mass.  Network Drive is between the Middlesex Turnpike and Route 62.  Would a 9 am start be ok?  Please allow a few extra minutes to get your security badge at the main building. Mark is in building 5, but we can meet you at the main building.

The closest hotel is the Burlington, Marriot.  It is 5 minutes away from the Sun campus.  I have a preference for staying in downtown Boston. Boston is only 25 minutes from the Sun campus absent traffic.  I have a preference for the Bostonian as you can jump right onto the freeway to get out to Sun from there.  However the Four Seasons and Ritz Carlton are only 5 minutes further away.

Best,

Jeff


Jeffrey S. Kingston
Morgan, Lewis & Bockius LLP
One Market Plaza-Spear St. Tower
San Francisco, CA. 94105

(office) 415-442-1322
(cell)    415-272-1400


DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential.  If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

Dockets.Justia.com