VERZELEN Florence (COMP)

From:     Thomas.Vinje@CliffordChance.com
Sent:     mercredi 1 février 2006 10:53
To:       neil.barrett@btinternet.com
Subject:  Your message

Neil,

OK. We had a bit of trouble on the communications front. Sorry for the late notice.

Perhaps we could arrange for Ronald to meet you in the UK or Belgium later this month. It might be best to have a quick conference call first to discuss how best to proceed.

Best regards.

Thomas

-----Original Message-----
From: Prof. Neil Barrett [mailto:neil.barrett@btinternet.com]
Sent: 01 February 2006 03:37
To: Thomas.Vinje@Cliffordchance.com
Subject: RE:

Thomas,

I understand that Ronald is available on Thursday but I'm afraid I have to get back to London on Wednesday for Thursday meetings. Sorry...

Neil Barrett
Monitoring Trustee


*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system. If you are not the intended recipient you must not copy this message or attachment or disclose the contents to any other person.

For further information about Clifford Chance please see our website at http://www.cliffordchance.com or refer to any Clifford Chance office.

1