| | |
|---|---|
| 1 | Richard A. Jones (SBN: 135248) |
| | COVINGTON & BURLING |
| 2 | One Front Street |
| | San Francisco, CA 94111 |
| 3 | TEL: (415) 591-6000 |
| | FAX: (415) 591-6091 |
| 4 | E-MAIL: rjones@cov.com |
| 5 | E. Edward Bruce (*pro hac vice*) |
| | William D. Iverson (*pro hac vice*) |
| 6 | Joshua D. Wolson (*pro hac vice*) |
| | COVINGTON & BURLING |
| 7 | 1201 Pennsylvania Avenue N.W. |
| | Washington, D.C. 20004 |
| 8 | TEL: (202) 662-6000 |
| | FAX: (202) 662-6291 |
| 9 | E-MAIL: ebruce@cov.com |
| | wiverson@cov.com |
| 10 | jwolson@cov.com |
| 11 | Attorneys for Applicant Microsoft Corp. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* | Case No. 06-80038 JF (PVT) |
| Application Of | **[proposed] ORDER** |
| MICROSOFT CORPORATION, | Date: TBD |
| Applicant. | Time: TBD |
| | Place: Courtroom Three, Fifth Floor |
| | Hon. Jeremy D. Fogel |

Case No. 06-80038 JF (PVT)

1          AND NOW, this __ day of _____, 2006, upon consideration of Microsoft
2 Corporation's Motion for De Novo Review And To Expand The Record, and all papers filed in
3 support and in opposition to that motion, it is ORDERED that the Motion is GRANTED.
4          It is FURTHER ORDERED that this Court will conduct a de novo review of the
5 motions to quash subpoenas filed by Sun Microsystems, Inc., and Oracle Corp.
6          It is FURTHER ORDERED that this Court will permit Microsoft to supplement
7 the record with the documents attached to the Supplemental Declaration of Joshua Wolson.

                                               _____
                                               Hon Jeremy D. Fogel, U.S.D.J.

[proposed] ORDER
Case No. 06-80038 JF (PVT)