1  JAMES N. PENROD (State Bar No.: 43030)
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Tower
   San Francisco, CA 94105
3  Telephone:  (415)-442-1000
   Facsimile:  (415)-442-1001
4

5  Attorneys for SUN MICROSYSTEMS, INC.,
   MORGAN, LEWIS & BOCKIUS LLP, AND MAKING
6  A SPECIAL APPEARANCE FOR JEFFREY
   KINGSTON, WHO HAS NOT BEEN SERVED AND IS
7  NOT WAIVING SERVICE

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12
   In re Application of Microsoft Corp.
13
                                              Case No. 06-80038 JF (PVT)
14
                                              **NOTICE OF SUBSTITUTION OF
15                                            COUNSEL**

16

17

18        TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19        PLEASE TAKE NOTICE that Sun Microsystems, Inc., Morgan Lewis & Bockius, LLP,

20  and Jeffrey Kingston hereby substitute James N. Penrod of the law firm of Morgan Lewis &

21  Bockius, LLP, One Market, Spear Tower, San Francisco, CA 94105, as its attorneys of record in

22  this matter in place of its former counsel, Diane L. Webb, Morgan Lewis & Bockius, LLP.

23        Service upon Sun Microsystems, Inc., Morgan Lewis & Bockius, LLP, and Jeffrey

24  Kingston of all papers in this action should be made to:

25      James N. Penrod
        Morgan Lewis & Bockius, LLP
26      One Market, Spear Tower
        San Francisco, CA 94105
27

28  ///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 06-80038 JF (PVT)                        1
NOTICE OF SUBSTITUTION OF COUNSEL

1-SF/7358146.1

The above substitution of attorneys is consented to and approved by each of the following persons and entities:

Dated: April 5, 2006               MORGAN, LEWIS & BOCKIUS LLP

                                   By _____
                                      Diane L. Webb

Dated: April 5, 2006               MORGAN, LEWIS & BOCKIUS LLP

                                   By _____
                                      James N. Penrod

                                   Attorneys for SUN MICROSYSTEMS, INC., MORGAN, LEWIS & BOCKIUS LLP, AND MAKING A SPECIAL APPEARANCE FOR JEFFREY KINGSTON, WHO HAS NOT BEEN SERVED AND IS NOT WAIVING SERVICE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 06-80038 JF (PVT)
NOTICE OF SUBSTITUTION OF COUNSEL            2.

1-SF/7358146.1

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On March 10, 2006, I served the within documents:

## NOTICE OF SUBSTITUTION OF COUNSEL

☐      by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☐      by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒      by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered on April 5, 2006, to a Federal Express agent for delivery.

☐      by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐      by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

| ATTORNEYS | PARTIES | METHOD OF FILING |
|---|---|---|
| **Richard Allen Jones**<br>Covington & Burling<br>One Front Street, 35th Floor<br>San Francisco, CA 94111<br>415-591-7065<br>Fax: 415-955-6565<br>Email: rjones@cov.com | Microsoft Corporation | E-FILING |
| **Joshua David Wolson**<br>Covington & Burling<br>1201 Penssylvania Avenue N.W.<br>Washington, DC 20004<br>202-662-6000<br>Email: jwolson@cov.com | Microsoft Corporation | E-FILING |
| **William D. Iverson**<br>Covington & Burling<br>1201 Pennsylvania Avenue, N.W.<br>Washington, DC 2004<br>202-662-6000 | Microsoft Corporation | VIA FEDERAL EXPRESS |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7358572.1            1

PROOF OF SERVICE
Case No. 06-80038 JF (PVT)

1    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 5, 2006, San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

/s/
MARGARET Y. TAI

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7358572.1                                  2

PROOF OF SERVICE
Case No. 06-80038 JF (PVT)