WILMER CUTLER PICKERING
 HALE AND DORR LLP
Elizabeth I. Rogers (SBN: 226234)
elizabeth.rogers@wilmerhale.com
1117 California Avenue
Palo Alto, CA 94304
Tel. (650) 858-6000
Fax. (650) 858-6100

WILMER CUTLER PICKERING
 HALE AND DORR LLP
A. Douglas Melamed (*pro hac vice application pending*)
Douglas.Melamed@wilmerhale.com
2445 M Street, N.W.
Washington, District of Columbia 20037-1420
Tel. (202) 663-6000
Fax. (202) 663-6363

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Michelle D. Miller (*pro hac vice application pending*)
michelle.miller@wilmerhale.com
60 State Street
Boston, MA 02109
Tel. (617) 526-6000
Fax. (617) 526-5000

Attorneys for Intervenor
The Commission of the European Communities

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* ) | Case No. 06-80038 JF (PVT) |
| ) | |
| Application Of ) | **NOTICE OF MOTION AND MOTION OF** |
| ) | **THE COMMISSION OF THE EUROPEAN** |
| MICROSOFT CORPORATION ) | **COMMUNITIES TO INTERVENE;** |
| ) | **MEMORANDUM OF POINTS AND** |
| Applicant. ) | **AUTHORITIES; [PROPOSED] ORDER** |
| ) | |
| ) | Date:    To Be Set |
| ) | Time:    To Be Set |
| ) | Place:   Courtroom 3, 5th Floor |
| ) | |
| ) | The Hon. Jeremy D. Fogel |
| ) | |

i

MOTION OF THE EUROPEAN COMMUNITIES
TO INTERVENE
Case No. 06-80038 JF (PVT)

Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Dockets.Justia.com

### **NOTICE OF MOTION AND MOTION TO INTERVENE**

PLEASE TAKE NOTICE THAT at a date and time to be set by the Court, before the Honorable Jeremy D. Fogel, in Courtroom 3 of the United States District Court for the Northern District of California, The Commission of the European Communities will and hereby does move this Court pursuant to Federal Rule of Civil Procedure 24 to intervene in the above-captioned proceeding for purposes of submitting a Memorandum in Opposition to Microsoft Corporation's Objections to Magistrate's Order and participating in these proceedings.

This motion is based on this Notice of Motion and Motion and the accompanying Memorandum, and such other authorities and argument as may be submitted in any reply at or before the hearing.

### **MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE**

In support of this Motion, the Commission states that it has an interest in the subpoenas (as modified by the parties) which are the subject of this action because the subpoenas seek documents exchanged among Oracle Corporation, Sun Microsystems, Inc., the Commission and third parties relating to Microsoft's compliance or alleged failure to comply with its obligations under Articles 5(a) and (2) of the Commission's 2004 Decision concerning Microsoft. The Commission's view on the discovery at issue is directly relevant (*see Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004)). The Commission believes that the subpoenas constitute an effort to circumvent the Commission's procedures and proof-gathering rules.

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

1

MOTION OF THE EUROPEAN COMMUNITIES
TO INTERVENE
Case No. 06-80038 JF (PVT)

Disposition of this matter without the benefit of the Commission's views would impair the Commission's ability to protect its interests.

Dated: April 17, 2006

Respectfully submitted,

WILMER CUTLER PICKERING
 HALE AND DORR LLP

By_____/s/_____
           Elizabeth I. Rogers

Attorneys for Intervenor, the Commission of the European Communities

Of Counsel:

WILMER CUTLER PICKERING
 HALE AND DORR LLP
A. Douglas Melamed (*pro hac vice application pending*)
Douglas.Melamed@wilmerhale.com
2445 M Street, N.W.
Washington, District of Columbia 20037-1420
Tel. (202) 663-6000
Fax. (202) 663-6363

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Michelle D. Miller (*pro hac vice application pending*)
michelle.miller@wilmerhale.com
60 State Street
Boston, MA 02109
Tel. (617) 526-6000
Fax. (617) 526-5000

Theofanis Christoforou
Legal Advisor of the Legal Service
Of the Commission of the
European Communities

Per Hellstrom
Member of the Legal Service
Of the Commission of the
European Communities

**[PROPOSED] ORDER**

The Court hereby GRANTS the motion of The Commission of the European Communities to intervene in the above-captioned proceeding.

IT IS SO ORDERED.

Dated: _____, 2006

_____
Jeremy D. Fogel
United States District Judge

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109