# EXHIBIT F



COMMISSION OF THE EUROPEAN COMMUNITIES

Brussels    **- 5 AVR. 2006**

# AUTHORITY

The Commission of the European Community, rue de la Loi 200, B-1049, Brussels, has appointed,

**Mr. Theofanis CHRISTOFOROU**
Legal Adviser of its Legal Service

**Mr. Per HELLSTROM**
Member of its Legal Service

Assisted by:   **Wilmer Cutler Pickering Hale and Dorr LLP**
2445 M Street NW
Washington, DC 20037, USA

to represent it before the relevant US Courts, governmental department, ministry, bureau, office, institution, organization or any other body
in cases

*In re: Application of Microsoft Corporation (against Novell)* before the US District Court for the District of Massachusetts;

*In re: Application of Microsoft Corporation (against IBM)* before the US District Court for the Southern District of New York; and

*In re: Application of Microsoft Corporation (against Oracle and Sun)* before the US District Court for Northern District of California

For the Commission

Michel PETITE

Director-General of
the Legal Service



EUROPEAN COMMISSION

LEGAL SERVICE

Brussels, 5 April 2006
TC D(2006) 4040/TC/aa

*Opinion of the Legal Service\**

**Subject:** Brief of the European Commission appearing as amicus curiae in discovery requests by Microsoft before US district courts

**Ref. :** Urgent written procedure E/636/2006 – C(2006)1530

Dear Michelle and Douglas,

As agreed, please find attached the draft of our contribution for the amicus curiae. We would appreciate it if you could finalise the text and submit it to the District Court judge in the Novell case in Boston, Massachusetts, before the deadline of 6 April 2006.

We would be happy to discuss any question you may have on the draft etc. before its filing with the court.

We appreciate very much your assistance in this urgent procedure.

Sincerely,

Theofanis Christoforou and Per Hellstrom

Agents for the European Commission

Encl.   Amicus Curiae brief and Authority

**Ms. Michelle Miller and Mr. Douglas Melamed**

**Wilmer Cutler Pickering Hale and Dorr LLP**

**2445 M Street NW, Washington, DC 20037, USA**

Commission européenne, B-1049 Bruxelles / Europese Commissie, B-1049 Brussel - Belgium. Telephone: (32-2) 299 11 11.
Office: BERL 03/363. Telephone: direct line (32-2) 295.01.68. Fax: (32-2) 296.59.88.

E-mail: theofanis.christoforou@cec.eu.int

\* Commission document protected pursuant to Article 4 of Regulation (EC) No 1049/2001 of the European Parliament and of the Council (OJ L 145, 31.5.2001, p. 43).