# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

*In re*

Application Of

MICROSOFT CORPORATION,

Applicant.

Case No. 06-80038 JF (PVT)

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*; [PROPOSED] ORDER

Pursuant to Civil L.R. 11-3, Michelle D. Miller, an active member in good standing of the bar of Massachusetts (admitted December 1979), the U.S. District Court for the District of Massachusetts (admitted May 1980), and the First Circuit Court of Appeals (admitted February 1980), hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing The Commission of the European Communities in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated

1

**APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE***

Dockets.Justia.com

as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is:

        Elizabeth I. Rogers, Esq. (SBN 226234)
        Wilmer Cutler Pickering Hale and Dorr LLP
        1117 California Avenue
        Palo Alto, CA  94304
        Tel. (650) 858-6000
        Fax. (650) 858-6100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 17, 2006                             ___/S/_____
                                                      Michelle D. Miller
                                                      michelle.miller@wilmerhale.com
                                                      Wilmer Cutler Pickering
                                                       Hale and Dorr LLP
                                                       60 State Street
                                                      Boston, MA 02109
                                                      Tel. (617) 526-6000
                                                      Fax. (617) 526-5000

I hereby attest that I have on file the holographic signature indicated by the conformed signature in this e-filed document.

Dated: April 17, 2006                             ___/S/_____
                                                      Elizabeth I. Rogers

2

**APPLICATION FOR ADMISSION**
 **OF ATTORNEY *PRO HAC VICE***

**[PROPOSED] ORDER**

The Court, having reviewed the foregoing application, hereby GRANTS the Application for Admission of Michelle D. Miller *Pro Hac Vice* in this action.

IT IS SO ORDERED

DATED: _____    _____
　　　　　　　　　　　　　　　　　The Honorable Patricia V. Trumbull
　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　Magistrate Judge