1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3               SAN JOSE DIVISION

4

5   *In re*                                Case No. 06-80038 JF (PVT)

6   Application Of                         APPLICATION FOR ADMISSION OF
                                           ATTORNEY *PRO HAC VICE*;
7   MICROSOFT CORPORATION                  [PROPOSED] ORDER

8          Applicant.

9

10

11

12          Pursuant to Civil L.R. 11-3, A. Douglas Melamed, an active member in good

13  standing of the bar of the District of Columbia (admitted December 10, 1970), the U.S.

14  Supreme Court, the U.S. Courts of Appeal for the 2d, 4th, 8th, 9th, 10th, District of

15  Columbia and Federal Circuits, and the Court of International Trade, hereby applies for

16  admission to practice in the Northern District of California on a *pro hac vice* basis

17  representing The Commission of the European Communities in the above-entitled action.

18          In support of this application, I certify on oath that:

19      1.      I am an active member in good standing of a United States Court or of the

20              highest court of another State or the District of Columbia, as indicated

21              above;

22      2.      I agree to abide by the Standards of Professional Conduct set forth in Civil

23              Local Rule 11-4, to comply with General Order No. 45, Electronic Case

24              Filing and to become familiar with the Local Rules and the Alternative

25              Dispute Resolution program of this Court; and,

26      3.      An attorney who is a member of the bar of this Court in good standing and

27              who maintains an office within the State of California has been designated

28                                          1

**APPLICATION FOR ADMISSION**
 **OF ATTORNEY *PRO HAC VICE***

Dockets.Justia.com

1    as co-counsel in the above-entitled action.  The name, address and

2    telephone number of that attorney is:

3         Elizabeth I. Rogers, Esq. (SBN 226234)
         Wilmer Cutler Pickering Hale and Dorr LLP
4         1117 California Avenue
         Palo Alto, CA  94304
5         (650) 858-6000

6

7    I declare under penalty of perjury that the foregoing is true and correct.

8    Dated: April 17, 2006                              _____/S/_____

9                                                       A. Douglas Melamed
                                                        Douglas.Melamed@wilmerhale.com
                                                        Wilmer Cutler Pickering
10                                                       Hale and Dorr LLP
                                                        2445 M Street, N.W.
11                                                       Washington, DC 20037
                                                        Tel. (202) 663-6000
12                                                       Fax. (202) 663-6363

13

14    I hereby attest that I have on file the holographic signature indicated by the

15    conformed signature in this e-filed document.

16    Dated: April 17, 2006                              _____/S/_____

                                                        Elizabeth I. Rogers
17

18

19

20

21

22

23

24

25

26

27

28
                                          2
**APPLICATION FOR ADMISSION**
 **OF ATTORNEY *PRO HAC VICE***

1    **[PROPOSED] ORDER**

2        The Court, having reviewed the foregoing application, hereby GRANTS the

3    Application for Admission of A. Douglas Melamed *Pro Hac Vice* in this action.

4        IT IS SO ORDERED

5    DATED: _____        _____

6                                            The Honorable Patricia V. Trumbull
                                             United States District Court
7                                            Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    3
**APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE***