| | |
|---|---|
| 1 | JAMES N. PENROD (State Bar No.: 43030) |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | One Market, Spear Tower |
| | San Francisco, CA 94105 |
| 3 | Telephone:   415.442.1000 |
| | Facsimile:    415.442.1001 |
| 4 | email:  jpenrod@morganlewis.com |

Attorneys for SUN MICROSYSTEMS, INC.,
MORGAN, LEWIS & BOCKIUS LLP, AND MAKING
A SPECIAL APPEARANCE FOR JEFFREY
KINGSTON, WHO HAS NOT BEEN SERVED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re Application of Microsoft Corp.

Case No. 06-80038 JF (PVT)

**SUPPLEMENTAL DECLARATION OF JAMES N. PENROD IN SUPPORT OF RESPONSE TO MICROSOFT CORPORATION'S OBJECTIONS TO MAGISTRATE'S ORDER**

Date:      To Be Set
Time:      To Be Set
Before:    HONORABLE JEREMY FOGEL
Place:     To Be Set

Complaint Filed:  N/A
Trial Date:  N/A

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7360901.1

DECLARATION OF JAMES N. PENROD

Case No. 06-80038 JF (PVT)

Dockets.Justia.com

I, James N. Penrod, declare as follows:

1. I am an attorney licensed to practice law in California and New York and am admitted before this Court. I am a partner at Morgan, Lewis & Bockius LLP ("Morgan Lewis"). I submit this Declaration in support of Sun Microsystems, Inc., Morgan, Lewis, and, by special appearance, Jeffrey Kingston, in response to Microsoft Corporation's Motion for *De Novo* Review and to Expand the Record. Because Microsoft is treating these matters as consolidated matters, and in an effort to save trees and filing space, the Oracle parties will not file a declaration containing all of the exhibits attached hereto, but will rely on these exhibits as part of the Court's record.

2. Attached as Exhibit A to this Declaration is a true and correct copy of the Commission of the European Communities' ("Commission") Motion to Intervene and accompanying memorandum and exhibits.

3. Attached as Exhibit B to this Declaration is a true and correct copy of Microsoft Corporation's Response to Memorandum of Commission of the European Communities in Support of Novell, Inc.'s Motion to Quash.

4. Attached as Exhibit C to this Declaration is a true and correct copy of Microsoft Corporation's Supplemental Statement Submitted Pursuant to Court Order.

5. Attached as Exhibit D to this Declaration is a true and correct copy of the Response of Novell, Inc. to (1) Microsoft's Response to Memorandum of Commission of the European Communities, and (2) Microsoft Corporation Supplemental Statement.

6. Attached as Exhibit E to this Declaration is a true and correct copy of the Reply Memorandum of the Commission of the European Communities in Support of Novell, Inc.'s Motion to Quash.

7. Attached as Exhibit F to this Declaration is a true and correct copy of Microsoft Corporation's Reply to Response of Novell, Inc.

8. Attached as Exhibit G to this Declaration is a true and correct copy of the Memorandum and Order of the United States District Court, District of Massachusetts.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7360901.1         2

DECLARATION OF JAMES N. PENROD
Case No. 06-80038 JF (PVT)

1  I declare under penalty of perjury under the laws of the State of California, that foregoing
2  is true and correct, and if called as a witness, I could and would competently testify thereto. This
3  declaration was executed on April 17, 2006 in San Francisco, California.

_____/s/_____
James N. Penrod