1  JAMES N. PENROD (State Bar No.: 43030)
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Tower
   San Francisco, CA 94105
3  Telephone:  415.442.1000
   Facsimile:   415.442.1001
4  email: jpenrod@morganlewis.com

5
   Attorneys for SUN MICROSYSTEMS, INC.,
6  MORGAN, LEWIS & BOCKIUS LLP, AND MAKING
   A SPECIAL APPEARANCE FOR JEFFREY
7  KINGSTON, WHO HAS NOT BEEN SERVED

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12
   In re Application of Microsoft Corp.
13
                                              Case No. 06-80038 JF (PVT)
14

15                                            **SUN MICROSYSTEMS INC., MORGAN,
                                              LEWIS & BOCKIUS LLP, AND JEFFREY
                                              KINGSTON'S, BY SPECIAL
16                                            APPEARANCE, MOTION TO AUGMENT
                                              THE RECORD**
17
                                              Date:      To Be Set
18                                            Time:      To Be Set
                                              Before:    Honorable Jeremy Fogel
19                                            Place:     To Be Set

20                                            Complaint Filed: N/A
                                              Trial Date:      N/A
21

22

23

24

25

26

27

28
MORGAN, LEWIS &
 BOCKIUS LLP      1-SF/7361582.1                                  Case No. 06-80038 JF (PVT)
ATTORNEYS AT LAW  **SUN MICROSYSTEMS, INC., MORGAN, LEWIS & BOCKIUS LLP, AND JEFFREY KINGSTON'S, BY
 SAN FRANCISCO    SPECIAL APPEARANCE, MOTION TO AUGMENT THE RECORD**

Pursuant to Civil L.R. 72-3(a) and (b), Sun Microsystems, Inc., Morgan, Lewis & Bockius LLP and, by special appearance, Jeffrey Kingston ("Sun Parties") hereby move this Court for an order to supplement the record of the proceedings before the Magistrate.

On April 3, 2006, Microsoft Corporation ("Microsoft") filed a Motion to Expand the Record seeking to supplement the record with the transcript from Hon. Mark Wolf of the United States District Court for the District of Massachusetts's March 28, 2006 hearing on Novell, Inc.'s motion to quash a subpoena "substantially similar to the subpoenas at issue in this proceeding." The Sun parties do not object to Microsoft's Motion to Augment the record, assuming Microsoft will not object to this motion. The Sun Parties seek to augment the record further with documents that have been filed in the United States District Court for the District of Massachusetts proceedings after the hearing, as reflected in the transcript of Microsoft's Motion to Augment that has been lodged with the Court. Since that time, the European Commission has filed two Amicus pleadings and Microsoft and Novell have filed several pleadings that contain information important for this Court's consideration. The Court should supplement the record of the proceedings before the Magistrate to take into account these important subsequent events.

Sun seeks to supplement the record of the proceedings to include:

1. The Commission of the European Communities' Motion to Intervene and accompanying memorandum and exhibits. *See* Declaration of James Penrod, Exhibit A.

2. Microsoft Corporation's Response to Memorandum of Commission of the European Communities in Support of Novell, Inc.'s Motion to Quash. *See* Declaration of James Penrod, Exhibit B.

3. Microsoft Corporation's Supplemental Statement Submitted Pursuant to Court Order. *See* Declaration of James Penrod, Exhibit C.

4. Response of Novell, Inc. to (1) Microsoft's Response to Memorandum of Commission of the European Communities, and (2) Microsoft Corporation Supplemental Statement. *See* Declaration of James Penrod, Exhibit D.

5. Reply Memorandum of the Commission of the European Communities in Support

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7361582.1                           1.                    Case No. 06-80038 JF (PVT)
**SUN MICROSYSTEMS, INC., MORGAN, LEWIS & BOCKIUS LLP, AND JEFFREY KINGSTON'S, BY SPECIAL APPEARANCE, MOTION TO AUGMENT THE RECORD**

1  of Novell, Inc.'s Motion to Quash.  *See* Declaration of James Penrod, Exhibit E.

2      6.  Microsoft Corporation's Reply to Response of Novell, Inc. *See* Declaration of

3  James Penrod, Exhibit F.

6  Dated:  April 17, 2006                    MORGAN, LEWIS & BOCKIUS LLP

By            /s/
James N. Penrod
Attorneys for SUN MICROSYSTEMS, INC.,
MORGAN, LEWIS & BOCKIUS LLP, AND
MAKING A SPECIAL APPEARANCE FOR
JEFFREY KINGSTON

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7361582.1                            2                        Case No. 06-80038 JF (PVT)
**RESPONSE TO MICROSOFT CORPORATION'S MOTION FOR DE NOVO REVIEW AND TO EXPAND THE RECORD**