1  JAMES N. PENROD (State Bar No.: 43030)
   MORGAN, LEWIS & BOCKIUS LLP
2  1 Market, Spear Tower
   San Francisco, CA 94105
3  Telephone:  (415)-442-1000
   Facsimile:  (415)-442-1001
4

5  Attorneys for SUN MICROSYSTEMS, INC.,
   MORGAN, LEWIS & BOCKIUS LLP, AND MAKING
6  A SPECIAL APPEARANCE FOR JEFFREY
   KINGSTON, WHO HAS NOT BEEN SERVED AND IS
7  NOT WAIVING SERVICE

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13
   In re Application of Microsoft Corp.
14                                          Case No. 06-80038 JF (PVT)

15
                                            **SUN MICROSYSTEMS, INC, MORGAN,**
16                                          **LEWIS & BOCKIUS LLP, AND JEFFREY**
                                            **KINGSTON'S, BY SPECIAL**
17                                          **APPEARANCE, NOTICE OF MOTION**
                                            **AND MOTION TO QUASH SUBPOENA**
18                                          **DUCES TECUM FOR PERSONAL**
                                            **APPEARANCE AND PRODUCTION OF**
19                                          **DOCUMENTS AND THINGS**

20                                          Date:    To Be Set
                                            Time     To Be Set
21                                          Before:  Magistrate Patricia V. Trumbull
                                            Place:   Courtroom 5, Fourth Floor
22
                                            Complaint Filed:  N/A
23                                          Trial Date:       N/A

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7350901.1

NOTICE OF MOTION AND MOTION TO QUASH MICROSOFT'S SUBPOENA DUCES TECUM
Case No. 06-80038 JF (PVT)

1  TO ALL PARTIES AND THEIR COUNSEL:

2  YOU ARE HEREBY NOTIFIED THAT Sun Microsystems, Inc., Morgan, Lewis &
3  Bockius, LLP and Jeffrey Kingston, who has not yet been served, hereby move this court for an
4  order quashing Microsoft's Subpoenas for Personal Appearance and Production of Documents
5  and Things pursuant to 28 U.S.C. § 1782 and Rule 26 of the Federal Rules of Civil Procedure.
6  This motion for an order quashing the subpoenas is based on this notice of motion and motion,
7  memorandum of points and authorities, Declaration of Jeffrey S. Kingston, Declaration of James
8  N. Penrod, Proposed Order filed herewith, the pleadings and records on file in this action,
9  including the objections filed on March 13, 2006, and upon other such matters as this Court may
10 or must judicially notice.

11

12 Dated: March 15, 2006                MORGAN, LEWIS & BOCKIUS LLP

13

14                                      By /s/ James N. Penrod
15                                      James N. Penrod
                                        Attorneys for SUN MICROSYSTEMS,
16                                      INC., MORGAN, LEWIS & BOCKIUS
                                        LLP AND, BY SPECIAL
17                                      APPEARANCE, FOR JEFFREY
                                        KINGSTON WHO HAS NOT BEEN
18                                      SERVED

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7350901.1                          2

NOTICE OF MOTION AND MOTION TO QUASH MICROSOFT'S SUBPOENA DUCES TECUM
Case No. 06-80038 JF (PVT)