1    JAMES N. PENROD (State Bar No.: 43030)
      MORGAN, LEWIS & BOCKIUS LLP
2    One Market, Spear Tower
      San Francisco, CA 94105
3    Telephone:    415.442.1000
      Facsimile:     415.442.1001
4    email:   jpenrod@morganlewis.com

6    Attorneys for SUN MICROSYSTEMS, INC.,
      MORGAN, LEWIS & BOCKIUS LLP, AND MAKING
      A SPECIAL APPEARANCE FOR JEFFREY
7    KINGSTON, WHO HAS NOT BEEN SERVED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Application of Microsoft Corp. | Case No. 06-80038 JF (PVT) |
| | **SUN MICROSYSTEMS INC., MORGAN, LEWIS & BOCKIUS LLP, AND JEFFREY KINGSTON'S, BY SPECIAL APPEARANCE, AMENDED MOTION TO AUGMENT THE RECORD** |
| | Date:      To Be Set<br>Time:      To Be Set<br>Before:   Honorable Jeremy Fogel<br>Place:     To Be Set |
| | Complaint Filed:   N/A<br>Trial Date:         N/A |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7362405.1                                                                          Case No. 06-80038 JF (PVT)
**SUN MICROSYSTEMS, INC., MORGAN, LEWIS & BOCKIUS LLP, AND JEFFREY KINGSTON'S, BY SPECIAL APPEARANCE, MOTION TO AUGMENT THE RECORD**

Dockets.Justia.com

Pursuant to Civil L.R. 72-3(a) and (b), Sun Microsystems, Inc., Morgan, Lewis & Bockius LLP and, by special appearance, Jeffrey Kingston ("Sun Parties") hereby move this Court for an order to supplement the record of the proceedings before the Magistrate. This is the same as the motion filed earlier, except it contains reference to the new Exhibit G to the Supplemental Declaration to James N. Penrod.

On April 3, 2006, Microsoft Corporation ("Microsoft") filed a Motion to Expand the Record seeking to supplement the record with the transcript from Hon. Mark Wolf of the United States District Court for the District of Massachusetts's March 28, 2006 hearing on Novell, Inc.'s motion to quash a subpoena "substantially similar to the subpoenas at issue in this proceeding." The Sun parties do not object to Microsoft's Motion to Augment the record, assuming Microsoft will not object to this motion. The Sun Parties seek to augment the record further with documents that have been filed in the United States District Court for the District of Massachusetts proceedings after the hearing, as reflected in the transcript of Microsoft's Motion to Augment that has been lodged with the Court. Since that time, the European Commission has filed two Amicus pleadings and Microsoft and Novell have filed several pleadings that contain information important for this Court's consideration. The Court should supplement the record of the proceedings before the Magistrate to take into account these important subsequent events.

Sun seeks to supplement the record of the proceedings to include:

1. The Commission of the European Communities' Motion to Intervene and accompanying memorandum and exhibits. *See* Declaration of James Penrod, Exhibit A.

2. Microsoft Corporation's Response to Memorandum of Commission of the European Communities in Support of Novell, Inc.'s Motion to Quash. *See* Declaration of James Penrod, Exhibit B.

3. Microsoft Corporation's Supplemental Statement Submitted Pursuant to Court Order. *See* Declaration of James Penrod, Exhibit C.

4. Response of Novell, Inc. to (1) Microsoft's Response to Memorandum of Commission of the European Communities, and (2) Microsoft Corporation

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7362405.1                                        1.                        Case No. 06-80038 JF (PVT)
**SUN MICROSYSTEMS, INC., MORGAN, LEWIS & BOCKIUS LLP, AND JEFFREY KINGSTON'S, BY SPECIAL APPEARANCE, MOTION TO AUGMENT THE RECORD**

1  Supplemental Statement.  *See* Declaration of James Penrod, Exhibit D.

2  5. Reply Memorandum of the Commission of the European Communities in Support

3  of Novell, Inc.'s Motion to Quash.  *See* Declaration of James Penrod, Exhibit E.

4  6. Microsoft Corporation's Reply to Response of Novell, Inc. *See* Declaration of

5  James Penrod, Exhibit F.

6  7. Attached as Exhibit G to this Declaration is a true and correct copy of the

7  Memorandum and Order of the United States District Court, District of

8  Massachusetts.

Dated:  April 17, 2006                          MORGAN, LEWIS & BOCKIUS LLP


By            /S/
_____
James N. Penrod
Attorneys for SUN MICROSYSTEMS, INC.,
MORGAN, LEWIS & BOCKIUS LLP, AND
MAKING A SPECIAL APPEARANCE FOR
JEFFREY KINGSTON

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7362405.1                            2                       Case No. 06-80038 JF (PVT)
**RESPONSE TO MICROSOFT CORPORATION'S MOTION FOR DE NOVO REVIEW AND TO EXPAND THE RECORD**