1  JAMES N. PENROD (State Bar No.: 43030)
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Tower
   San Francisco, CA  94105
3  Telephone:   415.442.1000
   Facsimile:   415.442.1001
4  email:  jpenrod@morganlewis.com

5
   Attorneys for SUN MICROSYSTEMS, INC.,
6  MORGAN, LEWIS & BOCKIUS LLP, AND MAKING
   A SPECIAL APPEARANCE FOR JEFFREY
7  KINGSTON, WHO HAS NOT BEEN SERVED

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11

12
   In re Application of Microsoft Corp.
13                                              Case No. 06-80038 JF (PVT)

14
                                                **RESPONSE OF SUN MICROSYSTEMS
15                                              INC., MORGAN, LEWIS & BOCKIUS LLP
                                                AND, BY SPECIAL APPEARANCE,
16                                              JEFFREY KINGSTON, TO MICROSOFT
                                                CORPORATION'S MOTION FOR** *DE*
17                                              *NOVO* **REVIEW**
                                                Date:      To Be Set
18                                              Time:      To Be Set
                                                Before:    Hon. Jeremy D. Fogel
19                                              Place:     To Be Set

20                                              Complaint Filed:  N/A
                                                Trial Date:       N/A
21

22

23

24

25

26

27

28
MORGAN, LEWIS &
 BOCKIUS LLP      1-SF/7360698.2                                    Case No. 06-80038 JF (PVT)
ATTORNEYS AT LAW
 SAN FRANCISCO    **RESPONSE TO MICROSOFT CORPORATION'S MOTION FOR DE NOVO REVIEW AND TO
                  EXPAND THE RECORD**

**MICROSOFT HAS NOT SHOWN THAT A *DE NOVO* REVIEW IS APPROPRIATE**

Microsoft assumes, without citing any authority under Section 1782, that the Magistrate's March 29, 2006 Order ("Order") should be reviewed *de novo* because the Order is a Dispositive Decision within the meaning of Fed. R. Civ. P. 72 and Civil L.R. 72-3. Matters concerning discovery, however, generally are considered "nondispositive." *See Thomas E. Hoar, Inc. v. Sara Lee Corp.*, 900 F.2d 522, 525 (2d Cir. 1990). The standard of review in nondispositive matters is the "clearly erroneous or contrary to law" standard. Fed. R. Civ. P. 72(a). The only authority directly on point that we have been able to locate is *In re Commissioner's* Subpoenas, 325 F.3d 1287 (11th Cir. 2003), which states the direct opposite. In this case, the Eleventh Circuit held that the "standard of review by which [a district court] reconsidered the magistrate judge's determination of [a motion to quash under 28 U.S.C. § 1782] is clearly erroneous or contrary to law." *Id.* at 1291 n2.

Nevertheless, even if the court decided to review the Magistrate's Order under both a *de novo* and a "clearly erroneous or contrary to law" standard, as did the court in *Highfields Capital Management L.P. v. John Doe*, 385 F. Supp. 2d 969 (N.D. Cal. 2005), the Magistrate's Order should be upheld. In *Highfields Capital*, the defendant sought an order quashing a third party subpoena served by the plaintiff. The magistrate judge granted the motion to quash the subpoena. The district court reviewed the file *de novo* and, "because the defendant's motion to quash the subpoena could be characterized as a non-dispositive motion," also reviewed the report under the "clearly erroneous or contrary to law standard." *Id.* at 971. As Magistrate Trumbull's Order is based on sound reasoning and the application of established case law, under either standard, Magistrate Trumbull's Order should stand.

///
///
///
///
///

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7360698.2                    1.                    Case No. 06-80038 JF (PVT)
**RESPONSE TO MICROSOFT CORPORATION'S MOTION FOR DE NOVO REVIEW AND TO EXPAND THE RECORD**

| | |
|---|---|
| Dated: April 17, 2006 | MORGAN, LEWIS & BOCKIUS LLP |
| | By: _____/s/_____ |
| | James N. Penrod |
| | Attorneys for SUN MICROSYSTEMS, INC., MORGAN, LEWIS & BOCKIUS LLP, AND MAKING A SPECIAL APPEARANCE FOR JEFFREY KINGSTON |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7360698.2    2    Case No. 06-80038 JF (PVT)
**RESPONSE TO MICROSOFT CORPORATION'S MOTION FOR DE NOVO REVIEW AND TO EXPAND THE RECORD**