JAMES N. PENROD (State Bar No.: 43030)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA 94105
Telephone:   415.442.1000
Facsimile:    415.442.1001
email: jpenrod@morganlewis.com

Attorneys for SUN MICROSYSTEMS, INC.,
MORGAN, LEWIS & BOCKIUS LLP, AND MAKING
A SPECIAL APPEARANCE FOR JEFFREY
KINGSTON, WHO HAS NOT BEEN SERVED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re Application of Microsoft Corp. | Case No. 06-80038 JF (PVT) |
|---|---|
| | **[PROPOSED] ORDER GRANTING SUN MICROSYSTEMS, INC, MORGAN, LEWIS & BOCKIUS LLP, AND JEFFREY KINGSTON'S, BY SPECIAL APPEARANCE, MOTION TO AUGMENT THE RECORD** |
| | Date:      To Be Set
Time:     To Be Set
Before:   Honorable Jeremy Fogel
Place:    To Be Set |
| | Complaint Filed:  N/A
Trial Date:  N/A |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7361833.1

[PROPOSED] ORDER GRANTING MOTION TO QUASH  MICROSOFT'S SUBPOENA DUCES TECUM
Case No. 06-80038 JF (PVT)

1
2    The Court having considered the papers submitted in support of the Motion, as well as
3    admissible evidence offered in connection therewith, finds as follows:
4    GOOD CAUSE HAVING BEEN SHOWN THEREFOR, it is hereby ordered that:
5        1.    Sun Microsystems, Inc., Morgan, Lewis & Bockius LLP and, by special
     appearance, Jeffrey Kingston's Motion to Augment the Record, is hereby GRANTED.
6
7        2.    It is FURTHER ORDERED that this Court will permit Sun Microsystems, Inc.,
     Morgan, Lewis & Bockius LLP and, by special appearance, Jeffrey Kingston to supplement the
8
     record with the documents attached to the Supplemental Declaration of James N. Penrod.
9
10
11   Dated: April ___, 2006

                                    By _____
                                       Hon. Jeremy D. Fogel
                                       United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7361833.1                              1
[PROPOSED] ORDER GRANTING MOTION TO QUASH MICROSOFT'S SUBPOENA DUCES TECUM
Case No. 06-80038 JF (PVT)