JAMES N. PENROD (State Bar No.: 43030)
MORGAN, LEWIS & BOCKIUS LLP
1 Market, Spear Tower
San Francisco, CA 94105
Telephone: (415)-442-1000
Facsimile: (415)-442-1001

Attorneys for SUN MICROSYSTEMS, INC.,
MORGAN, LEWIS & BOCKIUS LLP AND MAKING
A SPECIAL APPEARANCE FOR JEFFREY
KINGSTON WHO HAS NOT BEEN SERVED AND IS
NOT WAIVING SERVICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Application of Microsoft Corp. | Case No. 06-80038 JF (PVT) <br><br> **PROOF OF SERVICE** <br><br> Date: To Be Set <br> Time: To Be Set <br> Before: Hon. Jeremy D. Fogel <br> Place: To Be Set <br><br> Complaint Filed: N/A <br> Trial Date: N/A |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7362314.1

PROOF OF SERVICE
Case No. 06-80038 JF (PVT)

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On April 17, 2006, I served the within documents:

- **RESPONSE OF SUN MICROSYSTEMS INC., MORGAN, LEWIS & BOCKIUS AND, BY SPECIAL APPEARANCE, JEFFREY KINGSTON, TO MICROSOFT CORPORATION'S OBJECTIONS TO MAGISTRATE'S ORDER**
- **SUPPLEMENTAL DECLARATION OF JAMES N. PENROD IN SUPPORT OF RESPONSE TO MICROSOFT CORPORATION'S OBJECTIONS TO MAGISTRATE'S ORDER**
- **SUPPLEMENTAL DECLARATION OF JEFFREY KINGSTON IN SUPPORT OF RESPONSE TO MICROSOFT CORPORATION'S OBJECTIONS TO MAGISTRATE'S ORDER**
- **SUN MICROSYSTEMS INC., MORGAN, LEWIS & BOCKIUS LLP, AND JEFFREY KINGSTON'S, BY SPECIAL APPEARANCE, MOTION TO AUGMENT THE RECORD**
- **SUN MICROSYSTEMS INC., MORGAN, LEWIS & BOCKIUS LLP, AND JEFFREY KINGSTON'S, BY SPECIAL APPEARANCE, AMENDED MOTION TO AUGMENT THE RECORD**
- **RESPONSE OF SUN MICROSYSTEMS INC., MORGAN, LEWIS & BOCKIUS LLP AND, BY SPECIAL APPEARANCE, JEFFREY KINGSTON, TO MICROSOFT CORPORATION'S MOTION FOR *DE NOVO* REVIEW**
- **[PROPOSED] ORDER GRANTING SUN MICROSYSTEMS, INC, MORGAN, LEWIS & BOCKIUS LLP, AND JEFFREY KINGSTON'S, BY SPECIAL APPEARANCE, MOTION TO AUGMENT THE RECORD**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered on April 17, 2006, to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7362314.1

2

PROOF OF SERVICE
Case No. 06-80038 JF (PVT)

☐   by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

| ATTORNEYS | PARTIES | METHOD OF FILING |
|---|---|---|
| **Richard Allen Jones**<br>Covington & Burling<br>One Front Street, 35th Floor<br>San Francisco, CA 94111<br>415-591-7065<br>Fax: 415-955-6565<br>Email: rjones@cov.com | **Microsoft Corporation** | **E-FILING** |
| **Joshua David Wolson**<br>Covington & Burling<br>1201 Penssylvania Avenue N.W.<br>Washington, DC 20004<br>202-662-6000<br>Email: jwolson@cov.com | **Microsoft Corporation** | **E-FILING** |
| **William D. Iverson**<br>Covington & Burling<br>1201 Pennsylvania Avenue, N.W.<br>Washington, DC 2004<br>202-662-6000 | **Microsoft Corporation** | **VIA FEDERAL EXPRESS** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 17, 2006, San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

/s/
_____
MARGARET Y. TAI

1-SF/7362314.1                               3

PROOF OF SERVICE

Case No. 06-80038 JF (PVT)