LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Christopher S. Yates (Bar No. 161273)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email ID: Dan.Wall@lw.com
          Chris.Yates@lw.com

Attorneys for ORACLE CORPORATION,
CLIFFORD CHANCE LLP, DANIEL HARRIS
and RONALD ALEPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* <br><br> Application of <br><br> MICROSOFT CORPORATION, <br><br> Applicant, | Case No. 06-80038 JF (PVT) <br><br> **DECLARATION OF DANIEL M. WALL IN SUPPORT OF RESPONSE TO MICROSOFT'S OBJECTIONS TO ORDER QUASHING SUBPOENAS TO ORACLE CORPORATION, CLIFFORD CHANCE LLP, DANIEL HARRIS AND RONALD ALEPIN** <br><br> Date: To be set <br> Time: To be set <br> Place: To be set <br> Before: Hon. Jeremy Fogel |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF DANIEL M. WALL
ISO RESPONSE TO MICROSOFT'S OBJECTIONS
CASE NO: 06-80038 JF (PVT)

Dockets.Justia.com

1  Daniel M. Wall declares and says:

2  1. I am a member of the bar of the State of California, and a partner with the
3  law firm of Latham & Watkins LLP, counsel for Oracle Corporation, Daniel Harris, Ronald
4  Alepin, and Clifford Chance LLP in this matter. I have personal knowledge of the facts set forth
5  below and, if called upon to do so, I could and would testify competently thereto.

6  2. On March 30 and 31, 2006, I attended the Oral Hearing on the Article 24
7  proceeding to which Microsoft's subpoenas ostensibly relate. At that hearing, Microsoft
8  presented approximately an hour of argument contesting the motivations and bona fides of those,
9  like Oracle, who provided technical input to the Monitoring Trustee. This included arguments
10 grounded in documents Microsoft obtained through access to file to the effect that Oracle, Sun
11 and others handed the Monitoring Trustee the arguments which he used to criticize the
12 disclosures. Microsoft made its views about the foundation for the Monitoring Trustee's
13 opinions abundantly clear.

14 3. That said, substantially all of the remaining two days of hearing concerned
15 the substantive sufficiency of the disclosures, which was addressed by multiple technical experts
16 including the Monitoring Trustee and his staff. The debate over the adequacy of Microsoft's
17 disclosures has plainly moved on beyond the question of what basis the Monitoring Trustee
18 originally had for criticizing the disclosures, and by the conclusion of the hearing was grounded
19 solely in objective technical issues.

20 I executed this declaration on this 17th day of April, 2006 at San Francisco,
21 California.

22 I declare under penalty of perjury under the laws of the United States of America
23 that the foregoing is true and correct.

_____
DANIEL M. WALL

SF\558145.1

1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SUPP. DECL. OF DANIEL M. WALL
ISO RESPONSE TO MICROSOFT'S OBJECTIONS
CASE NO: 06-80038 JF (PVT)