1  LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
2     Christopher S. Yates (Bar No. 161273)
   505 Montgomery Street, Suite 2000
3  San Francisco, California  94111-2562
   Telephone:  (415) 391-0600
4  Facsimile:  (415) 395-8095
   Email ID:  Dan.Wall@lw.com
5                 Chris.Yates@lw.com

6  Attorneys for ORACLE CORPORATION,
   CLIFFORD CHANCE LLP, DANIEL HARRIS
7  and RONALD ALEPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* <br><br> Application of <br><br> MICROSOFT CORPORATION, <br><br> Applicant, | Case No. 06-80038 JF (PVT) <br><br> **SUPPLEMENTAL DECLARATION OF CHRISTOPHER S. YATES IN SUPPORT OF RESPONSE TO MICROSOFT'S OBJECTIONS TO ORDER QUASHING SUBPOENAS TO ORACLE CORPORATION, CLIFFORD CHANCE LLP, DANIEL HARRIS AND RONALD ALEPIN** <br><br> Date: To be set <br> Time: To be set <br> Place: To be set <br> Before: Hon. Jeremy Fogel |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SUPP. DECL. OF CHRISTOPHER S. YATES
ISO RESPONSE TO MICROSOFT'S OBJECTIONS
CASE NO: 06-80038 JF (PVT)

Dockets.Justia.com

Christopher S. Yates declares and says:

1. I am a member of the bar of the State of California, and a partner with the law firm of Latham & Watkins LLP, counsel for Oracle Corporation, Daniel Harris, Ronald Alepin, and Clifford Chance LLP in this matter. I have personal knowledge of the facts set forth below and, if called upon to do so, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of "Memorandum and Order," which I caused to be downloaded from the ECF system for the United States District Court for the District of Massachusetts

3. Attached as Exhibit B is a true and correct copy of "Memorandum of the Commission of the European Communities In Support of Novell, Inc.'s Motion To Quash," which I caused to be downloaded from the ECF system for the United States District Court for the District of Massachusetts.

4. Attached as Exhibit C is a true and correct copy of "Microsoft Corporation's Response to Reply of Novell, Inc., which I caused to be downloaded from the ECF system for the United States District Court for the District of Massachusetts.

5. Attached as Exhibit D is a true and correct copy of "Reply Memorandum of the Commission of the European Communities in Support of Novell, Inc.'s Motion to Quash," which I caused to be downloaded from the ECF system for the United States District Court for the District of Massachusetts.

I executed this declaration on this 17th day of April, 2006 at Wailea, Hawaii.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/S/
_____
CHRISTOPHER S. YATES

SF\557219

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SUPP. DECL. OF CHRISTOPHER S. YATES
ISO RESPONSE TO MICROSOFT'S OBJECTIONS
CASE NO: 06-80038 JF (PVT)