LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
   Christopher S. Yates (Bar No. 161273)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email ID:  Dan.Wall@lw.com
           Chris.Yates@lw.com

Attorneys for ORACLE CORPORATION,
CLIFFORD CHANCE LLP, DANIEL HARRIS
and RONALD ALEPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* <br> Application of <br> MICROSOFT CORPORATION, <br>         Applicant. | CASE NO. 06-80038 JF (PVT) <br> **ORACLE CORPORATION'S RESPONSE TO MICROSOFT CORPORATION'S MOTION TO EXPAND THE RECORD** <br><br> Date:     To be set <br> Time:     To be set <br> Place:    To be set <br> Before:  Hon. Jeremy Fogel |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORACLE'S RESPONSE TO MICROSOFT'S
MOTIONTO EXPAND THE RECORD
CASE NUMBER: 06-80038 JF (PVT)

Dockets.Justia.com

1   Microsoft Corporation has filed a motion for *de novo* review of an Order quashing
2   subpoenas directed to Oracle Corporation, its legal counsel, and its technical advisor
3   (collectively "Oracle") and to expand the record.  Oracle does not oppose Microsoft's motion to
4   expand the record.  However, Oracle respectfully submits that the record should be further
5   expanded to include: (1) a recent filing by the European Commission in the related proceedings
6   in the District of Massachusetts; (2) a recent supplemental submission submitted by Microsoft in
7   the District of Massachusetts; and (3) a Memorandum and Order issued today granting Novell,
8   Inc.'s motion to quash.

9   On April 6, 2006, the European Commission filed: Memorandum of the
10  Commission of the European Communities In Support of Novell, Inc.'s Motion To Quash.  *See*
11  Exhibit B to the Supplemental Declaration of Christopher S. Yates.  That filing was in response
12  to a request made by Judge Wolf of the District of Massachusetts at the hearing on Novell's
13  Motion to Quash.  On April 12, 2006, Microsoft Corporation filed a Reply to Response of
14  Novell, Inc.  *See* Exhibit C to the Supplemental Declaration of Christopher S. Yates.  On April
15  17, 2006, Judge Wolf issued a Memorandum and Order granting Novell's motion to quash.  *See*
16  Exhibit A to the Supplemental Declaration of Christopher S. Yates

17  Oracle respectfully moves to expand the record to include the European
18  Commission's filing in support of Novell's motion to quash, Microsoft's supplemental
19  submission, and Judge Wolf's Order.  The European Commission's filing and Microsoft's
20  supplemental submission were made after the hearing before Magistrate Judge Trumbull and
21  Judge Wolf's Order was issued just today.  All are pertinent given Microsoft's heavy reliance on
22  Judge Wolf's tentative order in its objections to Magistrate Judge Trumbull's Order.  Indeed, the
23  primary bases for Microsoft's objections to Magistrate Judge Trumbull's Order were Judge
24  Wolf's tentative order and an assertion that Magistrate Judge Trumbull had committed an error
25  because she had failed to consider that the Commission supposedly does not have the power to
26  obtain the discovery Microsoft seeks.

27  Microsoft has now admitted in its supplemental submission in the District of
28  Massachusetts that its assertion about the Commission's power was wrong and Judge Wolf has

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ORACLE'S RESPONSE TO MICROSOFT'S
MOTION TO EXPAND THE RECORD
CASE NUMBER: 06-80038 JF (PVT)

1  now granted Novell's motion to quash, noting: "The information submitted since the March 28,
2  2006 hearing demonstrates that Microsoft erroneously, repeatedly represented that the
3  Commission of the European Communities (the 'Commission') could not obtain and, if it
4  wished, make available to Microsoft the documents Microsoft seeks by its § 1782(a) subpoena."

7  Dated: April 17, 2006

Respectfully submitted,

LATHAM & WATKINS LLP
    Daniel M. Wall
    Christopher S. Yates

By _____/S/_____
    Christopher S. Yates
    Attorneys for ORACLE CORPORATION,
    CLIFFORD CHANCE LLP, DANIEL
    HARRIS and RONALD ALEPIN

SF\557213

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF MOTION AND MEMO.
ISO MOTION TO QUASH MICROSOFT'S SUBPOENAS
CASE NUMBER: 06-80038 JF (PVT)