| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |    Daniel M. Wall (Bar No. 102580) |
| 2 |    Christopher S. Yates (Bar No. 161273) |
|   | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, California 94111-2562 |
|   | Telephone:  (415) 391-0600 |
| 4 | Facsimile:   (415) 395-8095 |
|   | Email ID:   Dan.Wall@lw.com |
| 5 |             Chris.Yates@lw.com |

Attorneys for ORACLE CORPORATION, CLIFFORD CHANCE LLP, DANIEL HARRIS and RONALD ALEPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re* | CASE NO. 06-80038 JF (PVT) |
| Application of | **[PROPOSED] ORDER GRANTING ORACLE CORPORATION, CLIFFORD CHANCE LLP, DANIEL HARRIS AND RONALD ALEPIN'S MOTION TO FURTHER AUGMENT THE RECORD** |
| MICROSOFT CORPORATION, | |
|       Applicant. | |
| | Date:      To be set |
| | Time:     To be set |
| | Place:    To be set |
| | Before:  Hon. Jeremy Fogel |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING MOTION TO AUGMENT THE RECORD
CASE NUMBER: 06-80038 JF (PVT)

Dockets.Justia.com

1  The Court, having considered Microsoft's motion to augment the record pursuant
2  to Civil L.R. 72-3(a) and (b) and Oracle's response which sought to further augment the record,
3  finds as follows:
4  GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that:
5  1. Oracle Corporation, Clifford Chance LLP, Daniel Harris and Ronald
6  Alepin's request to augment the record, is hereby GRANTED.
7  2. It is FURTHER ORDERED that the record will be augmented to include
8  the documents attached as Exhibits A-D to the Supplemental Declaration of Christopher S.
9  Yates.

Dated: _____    By _____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

SF\558281