1  Richard A. Jones (SBN: 135248)
   COVINGTON & BURLING
2  One Front Street
   San Francisco, CA 94111
3  TEL: (415) 591-6000
   FAX: (415) 591-6091
4  E-MAIL: rjones@cov.com

5  E. Edward Bruce (*pro hac vice*)
   William D. Iverson (*pro hac vice*)
6  Joshua D. Wolson (*pro hac vice*)
   COVINGTON & BURLING
7  1201 Pennsylvania Avenue N.W.
   Washington, D.C. 20004
8  TEL: (202) 662-6000
   FAX: (202) 662-6291
9  E-MAIL:  ebruce@cov.com
            wiverson@cov.com
10          jwolson@cov.com

11 Attorneys for Applicant Microsoft Corp.

12

13                          UNITED STATES DISTRICT COURT

14                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                                  SAN JOSE DIVISION

16

17 | *In re*                          | Case No. 06-80038 JF (PVT)
18 | Application Of                    | **NOTICE OF WITHDRAWAL OF MOTION FOR DE NOVO REVIEW AND TO EXPAND THE RECORD AND OF OBJECTIONS TO MAGISTRATE'S ORDER**
19 | MICROSOFT CORPORATION,            |
20 |       Applicant.                  |
21                                     | Date: TBD
22                                     | Time: TBD
                                       | Courtroom: 3, 5th Floor
23
                                       | Hon. Jeremy D. Fogel
24

25

26

27

28

Case No. 06-80038 JF (PVT)

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 7-7(e), Microsoft Corp. respectfully withdraws its Objections to the Magistrate's Order (Docket No. 40) and its Motion for De Novo Review and to Expand the Record (Docket No. 42), both dated April 3, 2006.  In support of this withdrawal, Microsoft notes that all Respondents filed their responses to Microsoft's Objections on April 17, 2006.  Accordingly, Microsoft respectfully requests that its Objections to the Magistrate's Order and its Motion for De Novo Review and to Expand the Record be taken off the calendar of the Court. |

Respectfully submitted,

/s/ Joshua D. Wolson
_____

Richard A. Jones
COVINGTON & BURLING
One Front Street
San Francisco, CA  94111
Tel. No.:  (415) 591-6000
Fax No.:  (415) 591-6091
E-mail:  rjones@cov.com

E. Edward Bruce
William D. Iverson
Joshua D. Wolson
COVINGTON & BURLING
1201 Pennsylvania Ave. NW
Washington, DC 20004-2401
Tel. No.:  (202) 662-6000
Fax No.:  (202) 778-5324
E-mail: ebruce@cov.com
         wiverson@cov.com
         jwolson@cov.com

Dated:  April 20, 2006          *Attorneys for Applicant Microsoft Corp.*